**FRANKLIN S. MONTERO, ESQ. - EDNY No. FM-2557**
**THE LAW OFFICES OF FRANKLIN S. MONTERO, LLC**
451 Clifton Avenue
Clifton, NJ 07011
Tel: (973) 777-8718
Fax: (973) 777-1710
Email: montero@fmonterolaw.com
Attorney(s) for the Plaintiffs

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JAIME DOMINGUEZ; JJD ENTERTAINMENT, INC., <br><br> Plaintiff(s), <br><br> vs. <br><br> DANIEL HERNANDEZ, a/k/a TEKASHI 69; Will Cornish; 6IX9INE TOURING INC.; 1ST CALL MGMT.; MURDA MGMT, LLC, <br><br> Defendant(s). | Civil Action <br><br> **CERTIFICATE OF SERVICE** <br><br> **Case No. 1:21-cv-07051-MKB-VMS** |

I, Franklin S. Montero, Esq. of full age; certifies to the following:

1. I represent the Plaintiffs, Jamie Dominguez and JDD Entertainment Inc., in the above-named matter. I am an attorney at law of the State of New York and as such, I make this Certification based upon personal knowledge.

2. On December 21, 2021, the Plaintiff(s) filed a Complaint against all Defendant(s) referenced above. A copy of the Complaint, Summons, Civil Cover Sheet and other documents filed with the Court electronically were served to all Defendant(s) below by way of the following:

    a. **Murda Management LLC (*See Exhibit A*)**
       Address: 4611 N. Federal Hwy, Apt. 139, Pompano Beach, FL 33064
       <u>Via Process Server Guaranteed Subpoena Service Inc. on 03/25/2022.</u>

    b. **Will Cornish (*See Exhibit B*)**
       Address: 15 Henry Street, Bristol, CT 06010
       <u>Via Process Server Guaranteed Subpoena Service Inc. on 12/27/2021.</u>

   c. **Daniel Hernandez a/k/a Tekashi 69 (*See Exhibit C*)**
- Address: 3000 Marcus Ave. Suite 1WF, New Hyde Park, NY 11042
  Via U.S. Certified Mail Tracking No. 9407111202540821204405
  delivered on 03/21/21.
- Address: C/O Secretary of State: 99 Washinton Ave, Albany, NY 12231
  Via Process Server Guaranteed Subpoena Service Inc. on 03/21/22.

   d. **6IX9INE Touring Inc. (*See Exhibit D***
- Address: 3000 Marcus Ave. Suite 1WF, New Hyde Park, NY 11042
  Via U.S. Certified Mail Tracking No. 9407111202540821286593
  delivered on 03/21/21.
- Address: C/O Secretary of State: 99 Washinton Ave, Albany, NY 12231
  Via Process Server Guaranteed Subpoena Service Inc. on 03/21/22.

   e. **1st Call Entertainment, LLC (*See Exhibit E*)**
Address: 15 Henry Street, Bristol, CT 06010
Via Process Server Guaranteed Subpoena Service Inc. on 01/04/2022.

   f. **LL Business Management (Attn: Justin Kobay) (*See Exhibit F*)**
- Address: 3000 Marcus Ave. Suite 1WF, New Hyde Park, NY 11042
  Via U.S. Certified Mail Tracking No. 9407111202540821286593
  delivered on 03/21/21.
- Address: C/O Secretary of State: 99 Washinton Ave, Albany, NY 12231
  Via Process Server Guaranteed Subpoena Service Inc. on 03/21/22.

I certify that the foregoing statements made by me are true and correct. I am aware that if any of the foregoing statements made by me are knowingly false, I am subject to punishment.

Date: April 22, 2022

_____
Franklin S. Montero, Esq.

# <u>Exhibit A</u>

## AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
District of New York

Index Number: 1 21 CV 07051 MKB VMS

Date Filed: _____

Plaintiff:
**JAIME DOMINGUEZ, ET AL**

vs.

Defendant:
**DANIEL HERNANDEZ, A/K/A TEK ASHI 69, ET AL**

For:
FRANKLIN MONTERO

Received by GUARANTEED SUBPOENA SERVICE, INC. on the 23rd day of March, 2022 at 9:17 am to be served on **MURDA MANAGEMENT, LLC, 4611 N. FEDERAL HWY, APT. 139, POMPANO BEACH, FL 33064**.

I, Steve Kidd, being duly sworn, depose and say that on the **25th day of March, 2022 at 12:12 pm**, I:

SERVED the within named LLC by delivering a true copy of the **SUMMONS AND COMPLAINT** with the date and hour of service endorsed thereon by me to **KRISTIAN FUHSE as MANAGER at the address of 4611 B FEDERAL HIGHWAY, #139, POMPANO BEACH, FL 33064** pursuant to F.S. 48.062.

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of America.

**Marital Status:** Based upon inquiry of party served, Defendant is not married.

**Description** of Person Served: Age: 60, Sex: M, Race/Skin Color: White, Height: 5'9", Weight: 175, Hair: Grey, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Special Process Server in good standing in the judicial circuit in which the process was served. Under penalties of perjury, I declare that I have read the forgoing Affidavit/Verified Return of service and the facts stated in it are true and correct. Pursuant to F.S. 92.525(2).

_Steve Kidd_

**Steve Kidd**
SPS #005

Subscribed and Sworn to before me by means of [x]
physical presence or [ ] online notarization this the
**31** day of **March 2022** by the affiant
who is personally known to me

NOTARY PUBLIC

LYNN REICH
Notary Public - State of Florida
Commission # GG 255266
My Comm. Expires Sep 4, 2022
Bonded through National Notary Assn.

**GUARANTEED SUBPOENA SERVICE, INC.**
**2009 Morris Avenue, Suite 101**
**Union, NJ 07083**

Our Job Serial Number: GTS-0000070091
Ref: 20220322142510

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.2c

# **<u>Exhibit B</u>**



*225761*

**UNITED STATES DISTRICT COURT**
**Southern District of New York**

**AFFIDAVIT OF SERVICE**

Index no : **1:21-cv-07051-MKB-VMS**

Jaime Dominguez; JJD Entertainment, Inc.

        Plaintiff(s),

vs.

Daniel Hernandez a/k/a Tekashi 69; et al

        Defendant(s).

_____/

**STATE OF CONNECTICUT**

              **ss: East Hartford**

**HARTFORD COUNTY**

**Brian Sullivan**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen and not a party to this action. I reside in the State of Connecticut.

On **12/27/2021** at **2:00 PM**, I served the within **Summons and Complaint** on **William Cornish** at **15 Henry Street, Bristol, CT 06010** in the manner indicated below:

SUITABLE AGE: By delivering a true copy of each to **Elijah Cornish, Son/Co-Resident,** a person of suitable age and discretion. Said premises is recipient's usual place of abode within the state.

X̶X̶X̶X̶X̶X̶X̶X̶X̶X̶X̶X̶X̶X̶X̶X̶X̶X̶X̶X̶X̶X̶X̶X̶X̶X̶, on **12/28/2021** , deponent completed service by depositing a true copy of each document to the above address in a 1st Class postpaid properly addressed envelope not indicating that the mailing was from and attorney or concerned legal action and marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin/race | Color of hair | Age | Height | Weight |
|-----|--------------------|--------------|-----|--------|--------|
| Male | Brown | Brown | 19 | 6' | 180 |
| Other Features: | | | | | |

Your deponent asked the person spoken to whether the Recipient was in the active military service and received a negative reply. Upon information and belief I have; being based on the conversations and observations above narrated, Recipient is not in the military service.

Sworn to and subscribed before me on
December 28 _____, 20 21
by an affiant who is personally known to
me or produced identification.

_____
NOTARY PUBLIC
My Commission Expires: _____

X_____
Brian Sullivan
Guaranteed Subpoena
2009 Morris Avenue
Union, NJ 07083
1 800 672-1952
Atty File#:

AMY J. CHANTRY
NOTARY PUBLIC
MY COMMISSION EXPIRES 3/31/2023

# **Exhibit C**

**U.S. Postal Service** **Certified Mail Receipt**

ARTICLE NUMBER:   9407 1112 0254 0821 2044 05

ARTICLE ADDRESSED TO:

Daniel Hernandez, a/k/a Tekashi 69
3000 Marcus Ave, Suite 1W5
New Hyde Park NY 11042-1007

**FEES**

| | | |
|---|---|---|
| Postage Per Piece | $0.93 | |
| Certified Fee | 3.75 | |
| Total Postage & Fees: | 4.68 | Postmark |
| | | Here |

# USPS Tracking®

**FAQs** >

### Track Another Package  +

**Tracking Number:** 9407111202540821204405

Remove ✕

Your item was delivered to the front desk, reception area, or mail room at 1:41 pm on March 21, 2022 in NEW HYDE PARK, NY 11042.

**USPS Tracking Plus® Available** ∨

## ⊘ Delivered, Front Desk/Reception/Mail Room

March 21, 2022 at 1:41 pm
NEW HYDE PARK, NY 11042

**Get Updates** ∨

| | |
|---|---|
| **Text & Email Updates** | ∨ |
| **Tracking History** | ∨ |
| **USPS Tracking Plus®** | ∨ |
| **Product Information** | ∨ |

**See Less** ∧

Feedback

_Supreme_ COURT OF THE STATE/CITY OF NEW YORK

COUNTY OF **DISTRICT** ATTORNEY: **FRANKLIN S. MONTERO, ESQ.**

20220318114202

| | |
|---|---|
| **JAIME DOMINGUEZ, ET AL**<br>- against -<br>**DANIEL HERNANDEZ, A/K/A TEKASHI 69, ET AL** | Petitioner(s)<br>Plaintiff(s)<br>Respondent(s)<br>Defendant(s) |

**AFFIDAVIT OF SERVICE**

INDEX#
1 21 CV 07051 MKB VMS
DATE OF FILING:

STATE OF: _New York_ - COUNTY OF: _Albany_ ss:

I, _Angela Ray_, being duly sworn deposes and says deponent is not a party to this action, is over the age of 18 and resides in _Latham_
That on date/time: _3/21/22 @ 9:1N AM_ at 99 WASHINGTON AVE.  ALBANY NY  12231
deponent served within: SUMMONS AND COMPLAINT, 40.00

[ ] Summons, Spanish summons & complaint, the language required by NRCRR 2900.2(e), (f) & (h) was set forth on the face of the summons(es)

On: DANIEL HERNANDEZ, A/K/A TEKASHI 69 C/O NY SECRETARY OF STATE

[ ] Defendant   [ ] Respondent   [ ] Witness (hereinafter called the recipient) therein named.

**INDIVIDUAL A [ ]** By personally delivering and leaving with said DANIEL HERNANDEZ, A/K/A TEKASHI 69 C/O NY SECRETARY OF STATE and that he/she knew the person so served to be the person mentioned and described in the aforementioned documents.

**CORPORATION B [ ]** By delivering to and leaving with _Nancy Dougherty_ at _One Commerce Plaza  Albany  Ny 12231_ and that he knew the person so served to be _Bus. Doc. Specilist_ of the corporation.

**SUITABLE AGE PERSON C [ ]** Service was made in the following manner after your deponent was unable with due diligence to serve the defendant in person: By delivering a true copy thereof to and leaving with _____ a person of suitable age and discretion at _____ the said premises being the recipient's [ ] Dwelling/Usual place of abode [X] Actual place of business within the State of NY.

**AFFIXING TO DOOR, ETC D [ ]** By affixing a true copy thereof to the door of said premises, the same being the recipient's [ ] Dwelling/Usual place of abode [X] Actual place of business within the State of NY. Deponent had previously attempted to serve the above named recipient on/at times documented below/to right: Deponent spoke with _____ who stated to deponent that the said recipient(s) lived at the aforementioned address, but did not know recipient's place of employment. 1._____ 2._____ 3._____

**MAILING TO RESIDENCE E1 [ ]** Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to recipient to recipient's dwelling place/usual place of abode at the above address and deposited said envelope in an official repository under the exclusive care and custody of the US Postal Service within the State of NY. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the recipient and mailed on _____.

**MAILING TO BUSINESS E2 [ ]** Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to recipient to recipient's actual place of business at the above address and deposited said envelope in an official repository under the exclusive care and custody of the US Postal Service within the State of NY. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the recipient and mailed on _____.

**WITNESS FEE F [ ]** Witness fee of the authorizing traveling expenses and one day's witness fee: [ ] was paid (tendered) to the recipient [ ] was mailed to the witness with subpoena copy.

**MILITARY SERVICE G [X]** I asked the person spoken to whether defendant was in active military service of the United States or of the State of NY in any capacity whatsoever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated.

**H [X]** DEPONENT STATES THAT THE INDEX # AND FILING DATE WERE CLEARLY VISIBLE ON THE SUMMONS. DESCRIPTION OF THE RECIPIENT OR OTHER PERSON SERVED OR SPOKEN TO ON BEHALF OF THE RECIPIENT IS AS:

**Description of Person Accepting Service:**

SEX: _F_ AGE: _60_ HEIGHT: _5'2"_ WEIGHT: _120 lb_ SKIN: _white_ HAIR: _Brown_ OTHER: _____

**To Be Used Where Electronic Signature Not Available Served Data:**
Subscribed and Sworn to me this _21 ST_ day of _MARCH_, 20 _22_
Notary Signature: _____
_BRADLEY ROY_ _5/31/23_
Name of Notary   Commission Expiration

BRADLEY J. ROY
Notary Public, State of New York
Qualified in Albany Co., No. 01RO6242471
Commission Expires May 31, 2023

**Docusign Court Approved E-Signature**
I, _Angela Ray_, was at the time of service a competent adult, not having direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

Signature of Process Server _____ Date _3/21/2022_
License#:
**GUARANTEED SUBPOENA SERVICE, INC.**
**2009 MORRIS AVENUE, SUITE 101**
**UNION, NJ 07083**

# Exhibit D

U.S. Postal Service **Certified Mail Receipt**

ARTICLE NUMBER:   9407 1112 0254 0821 2865 93

ARTICLE ADDRESSED TO:

6IX9INE Touring Inc.
3000 Marcus Ave, Suite 1W5
New Hyde Park NY 11042-1007

FEES
Postage Per Piece          $0.93
Certified Fee                    3.75
Total Postage & Fees:      4.68          Postmark
                                                        Here

Case 1:21-cv-07051-MKB-VMS   Document 7   Filed 04/22/22   Page 13 of 20 PageID #: 52

# USPS Tracking®

**FAQs ›**

### Track Another Package  +

**Tracking Number:** 9407111202540821286593

Remove ✕

Your item was delivered to the front desk, reception area, or mail room at 1:41 pm on March 21, 2022 in NEW HYDE PARK, NY 11042.

**USPS Tracking Plus® Available** ⌄

## ✅ Delivered, Front Desk/Reception/Mail Room

March 21, 2022 at 1:41 pm
NEW HYDE PARK, NY 11042

**Get Updates** ⌄

---

| **Text & Email Updates** | ⌄ |
|---|---|

---

| **Tracking History** | ⌄ |
|---|---|

---

| **USPS Tracking Plus®** | ⌄ |
|---|---|

---

| **Product Information** | ⌄ |
|---|---|

---

**See Less** ⌃

COUNTY OF **DISTRICT** ATTORNEY: **FRANKLIN S. MONTERO, ESQ.**                    20220318114304

|  |  |  |
|---|---|---|
| **JAIME DOMINGUEZ, ET AL** <br> - against - <br> **DANIEL HERNANDEZ, A/K/A TEK ASHI 69, ET AL** | Peitioner(s) <br> Plaintiff(s) <br> Respondent(s) <br> Defendant(s) | **AFFIDAVIT OF SERVICE** <br><br> INDEX# <br> 1 21 CV 07051 MKB <br> VMS <br> DATE OF FILING: |

STATE OF: _New York_ - COUNTY OF: _Albany_ ss:

I, _Angela Roy_ being duly sworn deposes and says deponent is not a party to this action, is over the age of 18 and resides in _CATHEN, NY_
That on date/time: _3/21/22_ @ _9:WA_ at 99 WASHINGTON AVE. ALBANY NY 12231
deponent served within: SUMMONS AND COMPLAINT, 40.00 FEE

[ ] Summons, Spanish summons & complaint, the language required by NRCRR 2900.2(e), (f) & (h) was set forth on the face of the summons(es)

On: 61X9INE TOURING, INC. C/O NY SECRETARY OF STATE

[X] Defendant      [ ] Respondent      [ ] Witness (hereinafter called the recipient) therein named.

| | | |
|---|---|---|
| **INDIVIDUAL A** [ ] | By personally delivering and leaving with said 61X9INE TOURING, INC. C/O NY SECRETARY OF STATE and that he/she knew the person so served to be the person mentioned and described in the aforementioned documents. | |
| **CORPORATION B** [X] | By delivering to and leaving with _Nancy Dougherty_ at _One Commerce Plaza  Albany NY 12231_ and that he knew the person so served to be _Bus. Dis spec_ of the corporation. | |
| **SUITABLE AGE PERSON C** [ ] | Service was made in the following manner after your deponent was unable with due diligence to serve the defendant in person: By delivering a true copy thereof to and leaving with _____ a person of suitable age and discretion at _____ the said premises being the recipient's [ ] Dwelling/Usual place of abode [X] Actual place of business within the State of NY. | |
| **AFFIXING TO DOOR, ETC D** [ ] | By affixing a true copy thereof to the door of said premises, the same being the recipient's [ ] Dwelling/Usual place of abode [X] Actual place of business within the State of NY. Deponent had previously attempted to serve the above named recipient on/at times documented below/to right: Deponent spoke with _____ who stated to deponent that the said recipient(s) lived at the aforementioned address, but did not know recipient's place of employment. 1._____ 2._____ 3._____ | |
| **MAILING TO RESIDENCE E1** [ ] | Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to recipient's dwelling place/usual place of abode at the above address and deposited said envelope in an official repository under the exclusive care and custody of the US Postal Service within the State of NY. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the recipient and mailed on _____. | |
| **MAILING TO BUSINESS E2** [ ] | Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to recipient's actual place of business at the above address and deposited said envelope in an official repository under the exclusive care and custody of the US Postal Service within the State of NY. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the recipient and mailed on _____. | |
| **WITNESS FEE F** [ ] | Witness fee of  the authorizing traveling expenses and one day's witness fee: [ ] was paid (tendered) to the recipient [ ] was mailed to the witness with subpoena copy. | |
| **MILITARY SERVICE G** [X] | I asked the person spoken to whether defendant was in active military service of the United States or of the State of NY in any capacity whatsoever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observation above narrated. | |
| **H** [X] | DEPONENT STATES THAT THE INDEX # AND FILING DATE WERE CLEARLY VISIBLE ON THE SUMMONS. DESCRIPTION OF THE RECIPIENT OR OTHER PERSON SERVED OR SPOKEN TO ON BEHALF OF THE RECIPIENT IS AS: | |

**Description of Person Accepting Service:**

SEX: _F_ AGE: _60_ HEIGHT: _5'2"_ WEIGHT: _120 lb_ SKIN: _White_ HAIR: _Brown_ OTHER: _____

**To Be Used Where Electronic Signature Not Available**
Served Data:
Subscribed and Sworn to me this
_21st_ day of _MARCH_ , 20 _22_

Notary Signature: _____
_BRADLEY ROY_                    _5/3/23_
Name of Notary          Commission Expiration

BRADLEY J. ROY
Notary Public, State of New York
Qualified in Albany Co., No. 01RO6242471
Commission Expires May 31, 2023

**Docusign Court Approved E-Signature**
I, _Angela Roy_ ,
was at the time of service a competent adult, not having direct
interest in the litigation. I declare under penalty of perjury that the
foregoing is true and correct.

Signature of Process Server          _3/21/2022_
License#:                    Date
**GUARANTEED SUBPOENA SERVICE, INC.**
**2009 MORRIS AVENUE, SUITE 101**
**UNION, NJ 07083**

# **Exhibit E**

**UNITED STATES DISTRICT COURT**
**Southern District of New York**



*225759*

**AFFIDAVIT OF SERVICE**

Index no :**1:21-cv-07051-MKB-VMS**

Jaime Dominguez; JJD Entertainment, Inc.

       Plaintiff(s),

vs.

Daniel Hernandez a/k/a Tekashi 69; et al

       Defendant(s).

_____/

**STATE OF CONNECTICUT**
                **ss: East Hartford**
**HARTFORD COUNTY**

**Brian Sullivan**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen and not a party to this action. I reside in the State of Connecticut.

On **01/04/2022** at **12:43 PM**, I served the within **Summons and Complaint** on **1st Call Entertainment, LLC** at **15 Henry Street, Bristol, CT 06010** in the manner indicated below:

CORPORATE SERVICE: By delivering a true copy of each to **William Cornish, Managing Agent** of the above named corporation. The undersigned asked the recipient if he/she is authorized to accept service on behalf of **1st Call Entertainment, LLC**, and the recipient responded in the affirmative.

Comments: **12/27/21 @ 2PM spoke to son of William Cornish, Mr Cornish is not home. My contact number was left. 12/31/21 @ 5:15PM no answer, no vehicles. Waited fifteen minutes. No changes. 1/4/22 @ 12:43PM son of Mr Vornish answered the door, said I know you want my Dad, I will get him. Son then closed the door. I waited ten minutes subject did not come to the door. I then Posted documents, yelled out to Mr. Cornish stating that he was served on Behalf of 1st Call Entertainment. Mr. Cornish came out of the house and told me to stop stalking him and his house. I advised him he was served**

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin/race | Color of hair | Age | Height | Weight |
|-----|--------------------|--------------| ----|--------|--------|
| **Male** | **Caucasian** | **Black** | **65** | **5'11"** | **170** |
| Other Features: | | | | | |

Your deponent asked the person spoken to whether the Recipient was in the active military service and received a negative reply. Upon information and belief I have; being based on the conversations and observations above narrated, Recipient is not in the military service.

Sworn to and subscribed before me on
January 07, 2022
by an affiant who is personally known to
me or produced identification.

X_____
Brian Sullivan
Guaranteed Subpoena
2009 Morris Avenue
Union, NJ 07083
1800 672-1952
Atty File#:

_____
NOTARY PUBLIC
My Commission Expires: _____

AMY J. CHANTRY
*NOTARY PUBLIC*
MY COMMISSION EXPIRES 3/31/2023

# Exhibit F

**U.S. Postal Service** **Certified Mail Receipt**

ARTICLE NUMBER:   9407 1112 0254 0821 2008 27

ARTICLE ADDRESSED TO:

LL Business Management
(Attn: Justin Kobay)
3000 Marcus Ave, Suite 1W5
New Hyde Park NY 11042-1007

**FEES**

| | |
|---|---|
| Postage Per Piece | $0.93 |
| Certified Fee | 3.75 |
| Total Postage & Fees: | 4.68 |

Postmark
Here

Case 1:20-cv-07051-MKB-VMS   Document 7   Filed 04/22/22   Page 19 of 20 PageID #: 58

# USPS Tracking®

**FAQs ›**

## Track Another Package  +

**Tracking Number:** 9407111202540821200827

Remove ✕

Your item was delivered to the front desk, reception area, or mail room at 1:41 pm on March 21, 2022 in NEW HYDE PARK, NY 11042.

**USPS Tracking Plus® Available** ⌄

⊘ **Delivered, Front Desk/Reception/Mail Room**

March 21, 2022 at 1:41 pm
NEW HYDE PARK, NY 11042

**Get Updates** ⌄

**See More** ⌄

Feedback

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

Supreme

COURT OF THE STATE/CITY OF NEW YORK

COUNTY OF **DISTRICT**  ATTORNEY: **FRANKLIN S. MONTERO, ESQ.**

20220318114005

| | |
|---|---|
| JAIME DOMINGUEZ, ET AL<br>- against -<br>DANIEL HERNANDEZ, A/K/A TEKASHI 69, ET AL | Petitioner(s)<br>Plaintiff(s)<br>Respondent(s)<br>Defendant(s) |

**AFFIDAVIT OF SERVICE**

INDEX#
1 21 CV 07051 MKB
VMS
DATE OF FILING:

STATE OF: _New York_ - COUNTY OF: _Albany_ ss:

I, _Angela Roy_ , being duly sworn deposes and says deponent is not a party to this action, is over the age of 18 and resides in _Latham NY_

That on date/time: _3/21/22 @ 9:04am_ at 99 WASHINGTON AVE   ALBANY NY  12231

deponent served within: SUMMONS AND COMPLAINT. 40.00 FEE

[ ] Summons, Spanish summons & complaint, the language required by NRCRR 2900.2(e), (f) & (h) was set forth on the face of the summons(es)

On: LL BUSINESS MANAGEMENT C/O SECRETARY OF STATE

[X] Defendant     [ ] Respondent     [ ] Witness (hereinafter called the recipient) therein named.

**INDIVIDUAL**
**A  [ ]**
By personally delivering and leaving with said LL BUSINESS MANAGEMENT C/O SECRETARY OF STATE
and that he/she knew the person so served to be the person mentioned and described in the aforementioned documents.

**CORPORATION**
**B  [X]**
By delivering to and leaving with _Nancy Dougherty_
at _One Commerce Plaza   Albany NY 12231_
and that he knew the person so served to be _Bus. Doc Spec't_ of the corporation.

**SUITABLE AGE**
**PERSON**
**C  [ ]**
Service was made in the following manner after your deponent was unable with due diligence to serve the defendant in person:
By delivering a true copy thereof to and leaving with _____
a person of suitable age and discretion at _____
the said premises being the recipient's [ ] Dwelling/Usual place of abode [X] Actual place of business within the State of NY.

**AFFIXING TO**
**DOOR, ETC**
**D  [ ]**
By affixing a true copy thereof to the door of said premises, the same being the recipient's [ ]
Dwelling/Usual place of abode [X] Actual place of business within the State of NY.
Deponent had previously attempted to serve the above named recipient on/at times documented below/to right:
Deponent spoke with _____ who stated to deponent that the said recipient(s)
lived at the aforementioned address, but did not know recipient's place of employment.
1._____ 2._____ 3._____

**MAILING TO**
**RESIDENCE**
**E1  [ ]**
Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to recipient to recipient's dwelling place/usual place of abode at the above address and deposited said envelope in an official repository under the exclusive care and custody of the US Postal Service within the State of NY. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the recipient and mailed on _____

**MAILING TO**
**BUSINESS**
**E2  [ ]**
Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to recipient to recipient's actual place of business at the above address and deposited said envelope in an official repository under the exclusive care and custody of the US Postal Service within the State of NY. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the recipient and mailed on _____.

**WITNESS FEE**
**F  [ ]**
Witness fee of  the authorizing traveling expenses and one day's witness fee:
[ ] was paid (tendered) to the recipient [ ] was mailed to the witness with subpoena copy.

**MILITARY SERVICE**
**G  [X]**
I asked the person spoken to whether defendant was in active military service of the United States or of the State of NY in any capacity whatsoever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated.

**H  [X]**
DEPONENT STATES THAT THE INDEX # AND FILING DATE WERE CLEARLY VISIBLE ON THE SUMMONS.
DESCRIPTION OF THE RECIPIENT OR OTHER PERSON SERVED OR SPOKEN TO ON BEHALF OF THE RECIPIENT IS AS:

**Description of Person Accepting Service:**

SEX: _F_ AGE: _60_ HEIGHT: _5'2"_ WEIGHT: _120 lb_ SKIN: _white_ HAIR: _Brown_ OTHER: _____

**To Be Used Where Electronic Signature Not Available**
**Served Data:**
Subscribed and Sworn to me this
_21st_ day of _MARCH_ , 20 _22_

Notary Signature: _____

BRADLEY ROY          5/31/03
Name of Notary          Commission Expiration

BRADLEY J. ROY
Notary Public, State of New York
Qualified in Albany Co., No. 01RO6242471
Commission Expires May 31, 2023

**Docusign Court Approved E-Signature**
I, _Angela Roy_ ,
was at the time of service a competent adult, not having direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

_____          3 21 /20 22
Signature of Process Server          Date
License#:_____
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE, SUITE 101
UNION, NJ 07083