# Law Offices of Franklin S. Montero, LLC

451Clifton Avenue
Clifton, New Jersey 07011**

515 Madison Avenue, 6ᵗʰ Floor
New York, NY 10022

*Member of NJ and NY Bars*

Phone:   973-777-8718
Fax:      973-777-1710
E-mail: Montero@FMonterolaw.com
Fsmonterolaw.com

*** *Mail Reply to Clifton Office*

May 6, 2022

**VIA ECF-PACER**
Hon. Chief Magistrate Margo K. Brodie, U.S.M.J.
U.S. District Court, Eastern District of NY
225 Cadman Plaza East
Brooklyn, NY 11201

RE:   **Dominguez et al v. Hernandez et al**
       **Civil Action No. 1:21-cv-07051-MKB-VMS**

Dear Hon. Chief Magistrate,

My office represents the Plaintiff(s), Jamie Dominguez and JDD Entertainment Inc. in the above referenced matter. We submit this letter pursuant to your Honor's Order dated 01/19/2022 directing the Joint Case Management Plan to be submitted by 04/26/2022. Our office served all Defendant(s) in the above-entitled action with a copy of the Scheduling Order for the Initial conference on 05/10/2022, the Joint CMP, and the full docket by U.S. Regular and Certified Mail. Our office filed a Certificate of Service on 03/22/2022 (*See Attachment*). As of the date of this letter, we have not received any communication on part of any of the Defendant(s). Thank you for all the effort and time you have spent on this matter. If there are any questions or concerns, please feel free to contact my office.

Respectfully submitted,

FRANKLIN S. MONTERO, ESQ.

Encls.

**FRANKLIN S. MONTERO, ESQ. - EDNY No. FM-2557**
**THE LAW OFFICES OF FRANKLIN S. MONTERO, LLC**
451 Clifton Avenue
Clifton, NJ 07011
Tel: (973) 777-8718
Fax: (973) 777-1710
Email: montero@fmonterolaw.com
Attorney(s) for the Plaintiffs

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JAIME DOMINGUEZ; JJD ENTERTAINMENT, INC.,<br><br>Plaintiff(s),<br><br>vs.<br><br>DANIEL HERNANDEZ, a/k/a TEKASHI 69; Will Cornish; 6IX9INE TOURING INC.; 1ST CALL MGMT.; MURDA MGMT, LLC,<br><br>Defendant(s). | Civil Action<br><br>**CERTIFICATE OF SERVICE**<br><br>**Case No. 1:21-cv-07051-MKB-VMS** |

I, Franklin S. Montero, Esq. of full age; certifies to the following:

1. I represent the Plaintiffs, Jamie Dominguez and JDD Entertainment Inc., in the above-named matter. I am an attorney at law of the State of New York and as such, I make this Certification based upon personal knowledge.

2. On January 19, 2022, I mailed a copy of the Scheduling Order for the Initial Conference on 05/10/2022, Joint Proposed CMP, and full docket by U.S. Regular Mail and U.S. Certified Mail to the Defendant(s) below. Please see attached Correspondence, Certified Mail Receipt and U.S. Regular Mail Receipt (*Exhibit A*) for the following:

    a. **Murda Management LLC**
       Tracking No. 9407 1116 9900 0578 7957 14
    b. **Will Cornish**
       Tracking No. 9407 1116 9900 0578 7794 24
    c. **Daniel Hernandez**
       Tracking No. 9407 1116 9900 0578 7710 91
    d. **6IX9INE Touring Inc.**

Tracking No. 9407 1116 9900 0578 7785 71

e.   **1st Call Entertainment, LLC**
Tracking No. 9407 1116 9900 0578 7983 26

I certify that the foregoing statements made by me are true and correct. I am aware that if any of the foregoing statements made by me are knowingly false, I am subject to punishment.

Date: January 19, 2022

Franklin S. Montero, Esq.

2

# Exhibit A

### Case No. 1:21-cv-07051-MKB-VMS

# Law Offices of Franklin S. Montero, LLC

451Clifton Avenue
Clifton, New Jersey 07011**

515 Madison Avenue, 6th Floor
New York, NY 10022

Phone:  973-777-8718
Fax:     973-777-1710
E-mail: Montero@FMonterolaw.com
Fsmonterolaw.com

** Mail Reply to Clifton Office

*Member of NJ and NY Bars*

January 19, 2022

**VIA U.S. Regular and U.S. Certified Mail**
Murda Management, LLC
4611 N. Federal Hwy, Apt. 139
Pompano Beach, FL 33064

Re:     **Dominguez et al v. Hernandez et al**
        **Docket Case No. 1:21-cv-07051-MKB-VMS**

Dear Sir/Madam:

This office represents the Plaintiffs, Jamie Dominguez and JDD Entertainment Inc. in reference to the above U.S. District, Eastern District of New York matter. A Telephonic Initial Conference is scheduled for 5/10/2022 at 11:00 AM before Magistrate Judge Vera M. Scanlon. The parties are to call 877-336-1829 and type in the access code 3581283 for the AT&T conference bridge. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. The parties must complete the attached Joint Proposed Case Management Plan (CMP) and file it on ECF no later than 4/26/2022. Please find attached the full docket and CMP. Feel free to contact my office, should you have any questions.

Regards,

Franklin S. Montero, Esq.

U.S. Postal Service **Certified Mail Receipt**

ARTICLE NUMBER:  9407 1118 9900 0578 7967 14

ARTICLE ADDRESSED TO:

Murda Management, LLC
4611 N. Federal Hwy, Apt. 139
Pompano Beach FL 33064-6664

FEES
Postage Per Piece
Certified Fee          $0.53
Total Postage & Fees:   3.75
                        4.28     Postmark
                                 Here

Case 1:21-cv-07051-MKB-VMS   Document 8   Filed 05/06/22   Page 6 of 22 PageID #: 65
Case 1:21-cv-07051-MKB-VMS   Document 6   Filed 03/22/22   Page 5 of 16 PageID #: 28
Stamps Print Receipt                                                      Page 1 of 1



# Receipt

Print Date: Jan 19, 2022

**RETURN TO**

Franklin S. Montero

451 Clifton Avenue

Clifton, NJ 07011

**SHIP TO**

Murda Management

4611 N. Federal Hwy, Apt. 139

Pompano Beach, FL 07011 US

**REFERENCE**

| | |
|---|---|
| Ship Date: | Jan 19, 2022 |
| Ship from ZIP: | 07011 |
| Weight: | 0 lbs. 1 oz. |
| User: | fmontero |
| Cost Code: | <None> |
| Refund Type: | E-refund |
| Reference #: | |
| Printed on: | Shipping label |
| Tracking #: | 00040699000562025968 |

| **SERVICE** | **UNIT PRICE** |
|---|---|
| First Class ® Envelope | $0.53 |
| Tracking | $0.00 |
| Insurance (N/A) | |
| | |
| Subtotal | $0.53 |
| Label Quantity | 1 |
| Total Cost | $0.53 |

# USPS Tracking®

FAQs ›

Track Another Package +

**Tracking Number:** 9407111699000578795714

Remove ✕

Your item has been delivered to the original sender at 12:21 pm on April 19, 2022 in CLIFTON, NJ 07011.

USPS Tracking Plus® Available ⌄

## ✓ Delivered, To Original Sender

April 19, 2022 at 12:21 pm
CLIFTON, NJ 07011

Feedback

Get Updates ⌄

| Text & Email Updates | ⌄ |
|---|---|
| Tracking History | ⌄ |
| USPS Tracking Plus® | ⌄ |
| Product Information | ⌄ |

See Less ⌃

# Law Offices of Franklin S. Montero, LLC

451 Clifton Avenue
Clifton, New Jersey 07011**

515 Madison Avenue, 6th Floor
New York, NY 10022

Phone:   973-777-8718
Fax:       973-777-1710
E-mail: Montero@FMonterolaw.com
Fsmonterolaw.com

*Member of NJ and NY Bars*

** *Mail Reply to Clifton Office*

January 19, 2022

**VIA U.S. Regular and U.S. Certified Mail**
Will Cornish
15 Henry Street
Bristol, CT 06010

   **Re:** **Dominguez et al v. Hernandez et al**
      **Docket Case No. 1:21-cv-07051-MKB-VMS**

Dear Mr. Cornish:

  This office represents the Plaintiffs, Jamie Dominguez and JDD Entertainment Inc. in reference to the above U.S. District, Eastern District of New York matter. A Telephonic Initial Conference is scheduled for 5/10/2022 at 11:00 AM before Magistrate Judge Vera M. Scanlon. The parties are to call 877-336-1829 and type in the access code 3581283 for the AT&T conference bridge. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. The parties must complete the attached Joint Proposed Case Management Plan (CMP) and file it on ECF no later than 4/26/2022. Please find attached the full docket and CMP. Feel free to contact my office, should you have any questions.

Regards,

Franklin S. Montero, Esq.

U.S. Postal Service **Certified Mail Receipt**

ARTICLE NUMBER:   9407 1118 9900 0578 7794 24

ARTICLE ADDRESSED TO:

Will Cornish
15 Henry Street
Bristol CT 06010-6336

FEES
Postage Per Piece   $0.53
Certified Fee     3.75
Total Postage & Fees:  4.28   **Postmark**
            **Here**

Stamps Print Receipt



# Receipt

Print Date: Jan 19, 2022

**RETURN TO**

Franklin S. Montero

451 Clifton Avenue

Clifton, NJ 07011

**SHIP TO**

Will Cornish

15 Henry Street

Bristol, CT 07011 US

**REFERENCE**

| | |
|---|---|
| Ship Date: | Jan 19, 2022 |
| Ship from ZIP: | 07011 |
| Weight: | 0 lbs. 1 oz. |
| User: | fmontero |
| Cost Code: | <None> |
| Refund Type: | E-refund |
| Reference #: | |
| Printed on: | Shipping label |
| Tracking #: | 00040699000562025100 |

| **SERVICE** | **UNIT PRICE** |
|---|---|
| First Class ® Envelope | $0.53 |
| Tracking | $0.00 |
| Insurance (N/A) | |

| | |
|---|---|
| Subtotal | $0.53 |
| Label Quantity | 1 |
| Total Cost | $0.53 |

Case 1:21-cv-07051-MKB-VMS    Document 8    Filed 05/06/22    Page 10 of 22 PageID #: 69

# USPS Tracking®

## Track Another Package  +

**Tracking Number:** 9407111699000578779424

Remove ✕

Your item was delivered to an individual at the address at 12:28 pm on January 22, 2022 in BRISTOL, CT 06010.

**USPS Tracking Plus® Available** ⌄

## ✅ Delivered, Left with Individual

January 22, 2022 at 12:28 pm
BRISTOL, CT 06010

Feedback

**Get Updates** ⌄

---

**Text & Email Updates**                                                            ⌄

---

**Tracking History**                                                                  ⌄

---

**USPS Tracking Plus®**                                                              ⌄

---

**Product Information**                                                              ⌄

---

See Less ⌃

# Law Offices of Franklin S. Montero, LLC

451Clifton Avenue
Clifton, New Jersey 07011**

515 Madison Avenue, 6ᵗʰ Floor
New York, NY 10022

*Member of NJ and NY Bars*

Phone:  973-777-8718
Fax:    973-777-1710
E-mail: Montero@FMonterolaw.com
Fsmonterolaw.com

** *Mail Reply to Clifton Office*

January 19, 2022

**VIA U.S. Regular and U.S. Certified Mail**
Daniel Hernandez
3000 Marcus Ave
Suite 1W5
Lake Success, NY 11042

      Re:   **Dominguez et al v. Hernandez et al**
           **Docket Case No. 1:21-cv-07051-MKB-VMS**

Dear Mr. Hernandez:

      This office represents the Plaintiffs, Jamie Dominguez and JDD Entertainment Inc. in reference to the above U.S. District, Eastern District of New York matter. A Telephonic Initial Conference is scheduled for 5/10/2022 at 11:00 AM before Magistrate Judge Vera M. Scanlon. The parties are to call 877-336-1829 and type in the access code 3581283 for the AT&T conference bridge. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. The parties must complete the attached Joint Proposed Case Management Plan (CMP) and file it on ECF no later than 4/26/2022. Please find attached the full docket and CMP. Feel free to contact my office, should you have any questions.

Regards,

Franklin S. Montero, Esq.

U.S. Postal Service **Certified Mail Receipt**

ARTICLE NUMBER:  9407 1116 9900 0578 7710 91

ARTICLE ADDRESSED TO:
Daniel Hernandez
3000 Marcus Ave Suite 1W5
New Hyde Park NY 11042-1007

FEES
Postage Per Piece        $0.53
Certified Fee             3.75
Total Postage & Fees:     4.28

Postmark
Here

Case 1:21-cv-07051-MKB-VMS   Document 6   Filed 03/22/22   Page 9 of 16 PageID #: 32
Stamps Print Receipt                                                                 Page 1 of 1



**UNITED STATES POSTAL SERVICE**

# Receipt

Print Date: Jan 19, 2022

**RETURN TO**

Franklin S. Montero

451 Clifton Avenue

Clifton, NJ 07011

**SHIP TO**

Daniel Hernandez

3000 Marcus Ave Suite 1W5

New Hyde Park, NY 07011 US

**REFERENCE**

| | |
|---|---|
| Ship Date: | Jan 19, 2022 |
| Ship from ZIP: | 07011 |
| Weight: | 0 lbs. 1 oz. |
| User: | fmontero |
| Cost Code: | <None> |
| Refund Type: | E-refund |
| Reference #: | |
| Printed on: | Shipping label |
| Tracking #: | 00040699000562025957 |

| SERVICE | UNIT PRICE |
|---|---|
| First Class ® Envelope | $0.53 |
| Tracking | $0.00 |
| Insurance (N/A) | |

| | |
|---|---|
| Subtotal | $0.53 |
| Label Quantity | 1 |
| Total Cost | $0.53 |

Case 1:21-cv-07051-MKB-VMS   Document 8   Filed 05/06/22   Page 13 of 22 PageID #: 72

# USPS Tracking®

Track Another Package  +

**Tracking Number:** 9407111699000578771091

Remove ✕

Your item was delivered to an individual at the address at 11:52 am on January 24, 2022 in NEW HYDE PARK, NY 11042.

**USPS Tracking Plus® Available** ⌄

## ✓ Delivered, Left with Individual

January 24, 2022 at 11:52 am
NEW HYDE PARK, NY 11042

Feedback

**Get Updates** ⌄

---

**Text & Email Updates** ⌄

---

**Tracking History** ⌄

---

**USPS Tracking Plus®** ⌄

---

**Product Information** ⌄

---

See Less ⌃

# Law Offices of Franklin S. Montero, LLC

451Clifton Avenue
Clifton, New Jersey 07011**

515 Madison Avenue, 6th Floor
New York, NY 10022

Phone:  973-777-8718
Fax:     973-777-1710
E-mail: Montero@FMonterolaw.com
Fsmonterolaw.com

*Member of NJ and NY Bars*

** *Mail Reply to Clifton Office*

January 19, 2022

**VIA U.S. Regular and U.S. Certified Mail**
6IX9INE Touring Inc.
3000 Marcus Ave, Suite 1W5
Lake Success, NY 11042

   **Re:** **Dominguez et al v. Hernandez et al**
      **Docket Case No. 1:21-cv-07051-MKB-VMS**

Dear Sir/Madam:

   This office represents the Plaintiffs, Jamie Dominguez and JDD Entertainment Inc. in reference to the above U.S. District, Eastern District of New York matter. A Telephonic Initial Conference is scheduled for 5/10/2022 at 11:00 AM before Magistrate Judge Vera M. Scanlon. The parties are to call 877-336-1829 and type in the access code 3581283 for the AT&T conference bridge. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. The parties must complete the attached Joint Proposed Case Management Plan (CMP) and file it on ECF no later than 4/26/2022. Please find attached the full docket and CMP. Feel free to contact my office, should you have any que    ons.

**U.S. Postal Service Certified Mail Receipt**

ARTICLE NUMBER:   9407 1116 9900 0576 7785 71

ARTICLE ADDRESSED TO:

6IX9INE Touring Inc.
3000 Marcus Ave, Suite 1W5
New Hyde Park NY 11042-1007

FEES
Postage Per Piece  $0.53
Certified Fee   3.75
Total Postage & Fees: 4.28  **Postmark
Here**

Regards,

Franklin S. Montero, Esq.

Case 1:21-cv-07051-MKB-VMS   Document 8   Filed 05/06/22   Page 15 of 22 PageID #: 74
Case 1:21-cv-07051-MKB-VMS   Document 6   Filed 03/22/22   Page 11 of 16 PageID #: 34
Stamps Print Receipt                                                      Page 1 of 1



# Receipt

Print Date: Jan 19, 2022

**RETURN TO**

Franklin S. Montero

451 Clifton Avenue

Clifton, NJ 07011

**SHIP TO**

6IX9INE Touring Inc.

3000 Marcus Ave, Suite 1W5

New Hyde Park, NY 07011 US

**REFERENCE**

| | |
|---|---|
| Ship Date: | Jan 19, 2022 |
| Ship from ZIP: | 07011 |
| Weight: | 0 lbs. 1 oz. |
| User: | fmontero |
| Cost Code: | <None> |
| Refund Type: | E-refund |
| Reference #: | |
| Printed on: | Shipping label |
| Tracking #: | 00040699000562027526 |

| **SERVICE** | **UNIT PRICE** |
|---|---|
| First Class ® Envelope | $0.53 |
| Tracking | $0.00 |
| Insurance (N/A) | |

| | |
|---|---|
| Subtotal | $0.53 |
| Label Quantity | 1 |
| Total Cost | $0.53 |

Case 1:21-cv-07051-MKB-VMS   Document 8   Filed 05/06/22   Page 16 of 22 PageID #: 75

# USPS Tracking®

FAQs ›

Track Another Package  +

**Tracking Number:** 9407111699000578778571

Remove ✕

Your item was delivered to an individual at the address at 11:24 am on January 31, 2022 in NEW HYDE PARK, NY 11042.

**USPS Tracking Plus® Available** ⌄

## ⊘ Delivered, Left with Individual

January 31, 2022 at 11:24 am
NEW HYDE PARK, NY 11042

**Get Updates** ⌄

---

**Text & Email Updates**                                                                     ⌄

---

**Tracking History**                                                                            ⌄

---

**USPS Tracking Plus®**                                                                       ⌄

---

**Product Information**                                                                         ⌄

---

See Less ⌃

Feedback

# Law Offices of Franklin S. Montero, LLC

451 Clifton Avenue
Clifton, New Jersey 07011**

515 Madison Avenue, 6th Floor
New York, NY 10022

Phone:   973-777-8718
Fax:     973-777-1710
E-mail: Montero@FMonterolaw.com
Fsmonterolaw.com

*Member of NJ and NY Bars*

** *Mail Reply to Clifton Office*

January 19, 2022

**VIA U.S. Regular and U.S. Certified Mail**
1st Call Entertainment, LLC
15 Henry Street
Bristol, CT 06010

   Re:   **Dominguez et al v. Hernandez et al**
      **Docket Case No. 1:21-cv-07051-MKB-VMS**

Dear Sir/Madam:

   This office represents the Plaintiffs, Jamie Dominguez and JDD Entertainment Inc. in reference to the above U.S. District, Eastern District of New York matter. A Telephonic Initial Conference is scheduled for 5/10/2022 at 11:00 AM before Magistrate Judge Vera M. Scanlon. The parties are to call 877-336-1829 and type in the access code 3581283 for the AT&T conference bridge. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. The parties must complete the attached Joint Proposed Case Management Plan (CMP) and file it on ECF no later than 4/26/2022. Please find attached the full docket and CMP. Feel free to contact my office, should you have any questions.

Regards,

Franklin S. Montero, Esq.

U.S. Postal Service **Certified Mail Receipt**

ARTICLE NUMBER:   9407 1116 9900 0578 7983 26

ARTICLE ADDRESSED TO:

1st Call Entertainment, LLC
15 Henry Street
Bristol CT 06010-6336

FEES
Postage Per Piece     $0.53
Certified Fee       3.75
Total Postage & Fees:    4.28    **Postmark**
              **Here**

Stamps Print Receipt                                                      Page 1 of 1



**UNITED STATES POSTAL SERVICE**

# Receipt

Print Date: Jan 19, 2022

**RETURN TO**                    **REFERENCE**

Franklin S. Montero              Ship Date:              Jan 19, 2022

451 Clifton Avenue               Ship from ZIP:                 07011

Clifton, NJ 07011                Weight:                 0 lbs. 1 oz.

                                 User:                      fmontero

**SHIP TO**                      Cost Code:                   <None>

1st Call Entertainment           Refund Type:               E-refund

15 Henry Street                  Reference #:

Bristol, CT 07011 US             Printed on:           Shipping label

                                 Tracking #:   00040699000562025086

**SERVICE**                                       **UNIT PRICE**

First Class ® Envelope                                         $0.53

Tracking                                                       $0.00

Insurance (N/A)

                                 Subtotal                      $0.53

                                 Label Quantity                    1

                                 Total Cost                    $0.53

Case 1:21-cv-07051-MKB-VMS   Document 8   Filed 05/06/22   Page 19 of 22 PageID #: 78

# USPS Tracking®

Track Another Package  +

**Tracking Number:** 9407111699000578798326

Remove ✕

Your item was delivered to an individual at the address at 12:28 pm on January 22, 2022 in BRISTOL, CT 06010.

**USPS Tracking Plus® Available** ⌄

## ⊘ Delivered, Left with Individual

January 22, 2022 at 12:28 pm
BRISTOL, CT 06010

**Get Updates** ⌄

Feedback

| Text & Email Updates | ⌄ |
|---|---|

| Tracking History | ⌄ |
|---|---|

| USPS Tracking Plus® | ⌄ |
|---|---|

| Product Information | ⌄ |
|---|---|

See Less ⌃

Case 1:21-cv-07051-MKB-VMS   Document 8   Filed 05/06/22   Page 20 of 22 PageID #: 79

1/19/22, 3:41 PM    Case 1:21-cv-07051-MKB-VMS   Document 6   Filed 03/22/22   Page 14 of 16 PageID #: 37
Eastern District of New York - LIVE Database 1.6 (Revision 1.6.3.6)                                    ACO

# U.S. District Court
## Eastern District of New York (Brooklyn)
## CIVIL DOCKET FOR CASE #: 1:21-cv-07051-MKB-VMS

Dominguez et al v. Hernandez et al              Date Filed: 12/21/2021
Assigned to: Chief Judge Margo K. Brodie        Jury Demand: None
Referred to: Magistrate Judge Vera M. Scanlon   Nature of Suit: 190 Contract: Other
Cause: 28:1332 Diversity-Contract Dispute       Jurisdiction: Diversity

**Plaintiff**

**Jamie Dominguez**                  represented by   **Franklin Santiago Montero**
                                                      Law Offices of Franklin S. Montero, LLC
                                                      451 Clifton Avenue
                                                      07011
                                                      Clifton, NJ 07011
                                                      973-777-8718
                                                      Fax: 973-777-1710
                                                      Email: montero@fmonterolaw.com
                                                      *ATTORNEY TO BE NOTICED*

**Plaintiff**

**JDD Entertainment Inc.**           represented by   **Franklin Santiago Montero**
                                                      (See above for address)
                                                      *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Daniel Hernandez**
*also known as*
Tekashi 69

**Defendant**

**Will Cornish**

**Defendant**

**6IX9INE Touring Inc.**

**Defendant**

**1st Call Entertainment LLC**

**Defendant**

**Murda Management, LLC**

| Date Filed | # | Docket Text |
|---|---|---|
| 12/21/2021 | 1 | COMPLAINT against All Defendants filing fee $ 402, receipt number CNYEDC-15137100 Was the Disclosure Statement on Civil Cover Sheet completed -yes,, filed by Jamie |

| | | |
|---|---|---|
| | | Dominguez, JDD Entertainment Inc.. (Attachments: # 1 Civil Cover Sheet, # 2 Proposed Summons) (Montero, Franklin) (Entered: 12/21/2021) |
| 12/21/2021 | | Case Assigned to Chief Judge Margo K. Brodie and Magistrate Judge Vera M. Scanlon. Please download and review the Individual Practices of the assigned Judges, located on our website. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. (Bowens, Priscilla) (Entered: 12/22/2021) |
| 12/22/2021 | 2 | Summons Issued as to All Defendants. (Bowens, Priscilla) (Entered: 12/22/2021) |
| 12/22/2021 | 3 | In accordance with Rule 73 of the Federal Rules of Civil Procedure and Local Rule 73.1, the parties are notified that *if* all parties consent a United States magistrate judge of this court is available to conduct all proceedings in this civil action including a (jury or nonjury) trial and to order the entry of a final judgment. Attached to the Notice is a blank copy of the consent form that should be filled out, signed and filed electronically **only if all** parties wish to consent. The form may also be accessed at the following link: http://www.uscourts.gov/uscourts/FormsAndFees/Forms/AO085.pdf. **You may withhold your consent without adverse substantive consequences. Do NOT return or file the consent <u>unless</u> all parties have signed the consent.** (Bowens, Priscilla) (Entered: 12/22/2021) |
| 12/22/2021 | 4 | This attorney case opening filing has been checked for quality control. See the attachment for corrections that were made, if any. (Bowens, Priscilla) (Entered: 12/22/2021) |
| 01/19/2022 | 5 | SCHEDULING ORDER: A Telephonic Initial Conference is scheduled for 5/10/2022 at 11:00 AM before Magistrate Judge Vera M. Scanlon. The parties are to call 877-336-1829 and type in the access code 3581283 for the AT&T conference bridge. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. The parties must complete the attached Joint Proposed Case Management Plan (CMP) and file it on ECF no later than 4/26/2022. In addition to appearing parties' submission of the CMP as directed herein, in the event that any Defendant(s) has not answered or otherwise appeared, Plaintiff(s) must also mail a copy of this Order, its attachment and the full docket to the last known mailing address(es) for such Defendant(s) and file proof on ECF by the CMP filing date. Ordered by Magistrate Judge Vera M. Scanlon on 1/19/2022. (Quinlan, Krista) (Entered: 01/19/2022) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 01/19/2022 15:37:09 | | |
| **PACER Login:** | Fmontero | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:21-cv-07051-MKB-VMS |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |

Case 1:21-cv-07051-MKB-VMS   Document 8   Filed 05/06/22   Page 22 of 22 PageID #: 81
Case 1:21-cv-07051-MKB-VMS   Document 6   Filed 03/22/22   Page 16 of 16 PageID #: 39
Case 1:21-cv-07051-MKB-VMS   Document 5   Filed 01/19/22   Page 1 of 1 PageID #: 23

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ x


                        Plaintiff(s),                    **JOINT PROPOSED**
                                                  **CIVIL CASE MANAGEMENT PLAN**
        -against-
                                               Civ.        (      ) (VMS)


                        Defendant(s).
------------------------------------------------------------ x
**The parties/counsel who conferred in drafting this joint proposed case management plan:**

For Plaintiff(s):

For Defendant(s):

A.  Do the parties request referral to the Court's ADR program?   Yes:☐  No:☐

B.  Do the parties consent to proceed before a Magistrate Judge pursuant to 28 U.S.C. § 636(c)?
        Yes:☐   If yes, fill out the AO 85 Notice, Consent and Reference of a Civil Action to a
                Magistrate Judge Form and file it on ECF. https://www.uscourts.gov/forms/civil-
                forms/notice-consent-and-reference-civil-action-magistrate-judge.
        No:☐    If no, do not indicate which party declines consent.

C.  The parties may wish to engage in settlement discussions.
    If so, Plaintiff(s) will serve demand by                  . Defendant(s) will respond by                    .

D.  Defendant(s) will answer or otherwise respond to complaint by                      , if not yet done.

    The parties will serve Rule 26(a)(1) initial disclosures by                   , if not yet done.

    The parties will serve initial document requests and interrogatories on or before                    .

    Any joinder and/or amendments of the pleadings must be made by                      .

    The parties will complete fact discovery by                   .

    If the parties perform expert discovery, they will serve initial disclosures by                      ;
    initial expert reports by                  ; and rebuttal expert reports on or before                    .
    All discovery, including expert depositions, will be completed by                  , and the parties
    will file a joint letter certifying the close of all discovery by this same date.

    Other considerations the parties wish to bring to the Court's attention, such as the need for
    electronic discovery or confidentiality order: