**FRANKLIN S. MONTERO, ESQ. - EDNY No. FM-2557**
**THE LAW OFFICES OF FRANKLIN S. MONTERO, LLC**
451 Clifton Avenue
Clifton, NJ 07011
Phone: (973) 777-8718
Fax: (973) 777-1710
Email: montero@fmonterolaw.com
Attorney(s) for the Plaintiffs

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMIE DOMINGUEZ; JJD ENTERTAINMENT, INC., <br><br> Plaintiff(s), <br><br> vs. <br><br> DANIEL HERNANDEZ, a/k/a TEKASHI 69; Will Cornish; 6IX9INE TOURING INC.; 1ST CALL MGMT.; MURDA MGMT, LLC, <br><br> Defendant(s). | Civil Action <br><br> **CERTIFICATE OF DEFAULT** <br><br> **Case No. 1:21-cv-07051-MKB-VMS** |

I, Brenna B. Mahoney, Clerk of Court of the United States District Court for the Eastern District of New York, do hereby certify that the defendant(s) Daniel Hernandez, a/k/a TEKASHI 69; Will Cornish; 6IX9INE TOURING INC.; 1ST CALL Management; MURDA Management, LLC has not filed an answer or otherwise moved with respect to the complaint herein. The default of defendant(s) Daniel Hernandez, a/k/a TEKASHI 69; Will Cornish; 6IX9INE TOURING INC.; 1ST CALL Management; MURDA Management, LLC is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated:   Brooklyn , New York
         May 23 , 2022

BRENNA B. MAHONEY, Clerk of Court

By: *Jalitza Poveda*
      Deputy Clerk