```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
```

| | |
|---|---|
| JAMIE DOMINGUEZ and JDD ENTERTAINMENT INC., | **NOTICE TO DEFENDANT** |
| Plaintiff,[1] | 21 Civ. 7051 (MKB) (VMS) |
| -against- | Telephone Hearing: |
| DANIEL HERNANDEZ a/k/a TEKASHI 69, WILL CORNISH, 6IX9INE TOURING INC., 1ST CALL ENTERTAINMENT LLC and MURDA MANAGEMENT, LLC, | Date: August 25, 2022<br>Time: 2:30 PM<br>Dial-In: (877) 336-1829<br>Access Code: 3581283 |
| Defendants. | |

```
------------------------------------------------------------- x
```

**Vera M. Scanlon, United States Magistrate Judge:**

  Plaintiff has started a lawsuit in this Court that names you as a Defendant.  <u>See</u> ECF No. 1.  A copy of Plaintiff's complaint is enclosed.  It contains information about Plaintiff's allegations against you and the relief that Plaintiff seeks from you.

  Plaintiff claims that you have received written notice of this lawsuit.  You are receiving this notice because you have not answered or otherwise responded to the Court about Plaintiff's allegations.

  Plaintiff has requested the Court enter a default judgment against you.  Stated differently, Plaintiff has requested that the Court conclude (1) that you do not oppose Plaintiff's allegations, or disagree with Plaintiff's claims, and (2) that Plaintiff is entitled to a judgment for the relief requested in Plaintiff's complaint.

  If you continue to fail to participate, the Court may grant Plaintiff's request and enter default judgment against you.

  A judgment is a public record with potential consequences.  For example, if you do not pay a judgment awarding Plaintiff monetary damages, Plaintiff may be allowed to enforce an unpaid judgment through methods such as attachment, imposition of a lien or garnishment.  As another example, if you do not comply with a judgment requiring that you take or refrain from taking specified action(s), Plaintiff may commence contempt proceedings against you seeking financial or even more serious sanctions.

  The Court has scheduled a Telephone Conference on August 25, 2022, at 2:30 PM to

---

[1] If there is more than one Plaintiff or Defendant, the singular reference to Plaintiff or Defendant includes the plural.  Any reference to Plaintiff includes opt-ins who file to join the action before a court-approved opt-in notice is issued, whether the complaint has been amended to add them to the caption or not.

discuss what will happen next in Plaintiff's lawsuit against you.  You may participate in the conference by calling 877-336-1829 and typing in the access code 3581283 for the AT&T conference bridge.  You may also have a lawyer appear for you.   If you are a corporate defendant, you should have a lawyer appear for you, but may appear at the appearance noticed herein without one to state your intentions with respect to retaining counsel.

On or before August 16, 2022, if you would like to inform the Court and Plaintiff of your views, including as to whether you received notice about the lawsuit prior to this notice, or what your factual and legal objections to Plaintiff's claims are, you may send a letter or statement to the Court and to Plaintiff's counsel.  You will find Plaintiff's counsel's contact information on the enclosed case docket sheet.  Any letter or statement to the Court should clearly identify the case name and number from the caption of this notice and can be mailed or delivered to:

> United States District Court for the Eastern District of New York
> Attn:  Clerk's Office / U.S.M.J. Scanlon
> 225 Cadman Plaza East
> Brooklyn, New York 11201.

Dated:  Brooklyn, New York
July 25, 2022

*Vera M. Scanlon*
VERA M. SCANLON
United States Magistrate Judge