**FRANKLIN S. MONTERO, ESQ. - EDNY No. FM-2557**
**THE LAW OFFICES OF FRANKLIN S. MONTERO, LLC**
451 Clifton Avenue
Clifton, NJ 07011
Tel: (973) 777-8718
Fax: (973) 777-1710
Email: montero@fmonterolaw.com
Attorney for the Plaintiff(s)

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAIME DOMINGUEZ; JJD ENTERTAINMENT, INC., <br><br> Plaintiff(s), <br><br> vs. <br><br> DANIEL HERNANDEZ, a/k/a TEKASHI 69; Will Cornish; 6IX9INE TOURING INC.; 1ST CALL MGMT.; MURDA MGMT, LLC, <br><br> Defendant(s). | Civil Action <br><br> **AFFIRMATION OF SERVICE** <br><br> **Case No. 1:21-cv-07051-MKB-VMS** |

I, Franklin S. Montero, Esq. of full age, declare under penalty of perjury to the following:

1. I represent the plaintiff(s), Jamie Dominguez and JDD Entertainment Inc., in the above-named matter. I am an attorney at law of the State of New York and as such, I make this Affirmation based upon personal knowledge.
2. I have sent a copy of the Notice to Defendant upon all defendant(s) referenced above by way of the following (*see attachments*):
    a. **Murda Management LLC**
       Address: 4611 N. Federal Hwy, Apt. 139, Pompano Beach, FL 33064
       <u>**Via Process Server Guaranteed Subpoena Service Inc. (*Pending Service by August 1, 2022*)**</u>
    b. **Will Cornish**
       Address: 15 Henry Street, Bristol, CT 06010
       <u>**Via Process Server Guaranteed Subpoena Service Inc. (*Pending Service by August 1, 2022*)**</u>
    c. **Daniel Hernandez a/k/a Tekashi 69**

- Address: 3000 Marcus Ave. Suite 1WF, New Hyde Park, NY 11042
  **Served via U.S. Certified Mail Tracking No. 9407 1111 0803 3478 3519 50 on July 28, 2022**.
- Address: C/O Secretary of State: 99 Washinton Ave, Albany, NY 12231
  **Served via Process Server Guaranteed Subpoena Service Inc. on July 27, 2022.**

d. **6IX9INE Touring Inc.**
  - Address: 3000 Marcus Ave. Suite 1WF, New Hyde Park, NY 11042
    **Served via U.S. Certified Mail Tracking No. 9407 1111 0803 3478 3664 97 on July 28, 2022.**
  - Address: C/O Secretary of State: 99 Washinton Ave, Albany, NY 12231
    **Served via Process Server Guaranteed Subpoena Service Inc. on July 27, 2022.**

e. **1st Call Entertainment, LLC**
   Address: 15 Henry Street, Bristol, CT 06010
   **Via Process Server Guaranteed Subpoena Service Inc. (*Pending Service by August 1, 2022*)**

f. **LL Business Management (Attn: Justin Kobay)**
  - Address: 3000 Marcus Ave. Suite 1WF, New Hyde Park, NY 11042
    **Served via U.S. Certified Mail Tracking No. 9407 1111 0803 3478 3851 77 on July 28, 2022.**
  - Address: C/O Secretary of State: 99 Washinton Ave, Albany, NY 12231
    **Served via Process Server Guaranteed Subpoena Service Inc. on July 27, 2022.**

I certify that the foregoing statements made by me are true and correct. I am aware that if any of the foregoing statements made by me are knowingly false, I am subject to punishment.

Date: July 29, 2022

FRANKLIN S. MONTERO, ESQ.
Attorney For JAMIE DOMINGUEZ; JJD ENTERTAINMENT, INC.
451 Clifton Avenue
Clifton, NJ 07011
Phone: (973) 777-8718
Email: montero@fmonterolaw.com

# Notice to Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x

| | |
|---|---|
| JAMIE DOMINGUEZ and JDD ENTERTAINMENT INC., | **NOTICE TO DEFENDANT** |
| | 21 Civ. 7051 |
| Plaintiff,[1] | (MKB) (VMS) |
| -against- | Telephone Hearing: |
| DANIEL HERNANDEZ a/k/a TEKASHI 69, WILL CORNISH, 6IX9INE TOURING INC., 1ST CALL ENTERTAINMENT LLC and MURDA MANAGEMENT, LLC, | Date: August 25, 2022<br>Time: 2:30 PM<br>Dial-In: (877) 336-1829<br>Access Code: 3581283 |
| Defendants. | |

-------------------------------------------------------------- x

**Vera M. Scanlon, United States Magistrate Judge:**

      Plaintiff has started a lawsuit in this Court that names you as a Defendant. See ECF No. 1. A copy of Plaintiff's complaint is enclosed. It contains information about Plaintiff's allegations against you and the relief that Plaintiff seeks from you.

      Plaintiff claims that you have received written notice of this lawsuit. You are receiving this notice because you have not answered or otherwise responded to the Court about Plaintiff's allegations.

      Plaintiff has requested the Court enter a default judgment against you. Stated differently, Plaintiff has requested that the Court conclude (1) that you do not oppose Plaintiff's allegations, or disagree with Plaintiff's claims, and (2) that Plaintiff is entitled to a judgment for the relief requested in Plaintiff's complaint.

      If you continue to fail to participate, the Court may grant Plaintiff's request and enter default judgment against you.

      A judgment is a public record with potential consequences. For example, if you do not pay a judgment awarding Plaintiff monetary damages, Plaintiff may be allowed to enforce an unpaid judgment through methods such as attachment, imposition of a lien or garnishment. As another example, if you do not comply with a judgment requiring that you take or refrain from taking specified action(s), Plaintiff may commence contempt proceedings against you seeking financial or even more serious sanctions.

      The Court has scheduled a Telephone Conference on August 25, 2022, at 2:30 PM to

---

[1] If there is more than one Plaintiff or Defendant, the singular reference to Plaintiff or Defendant includes the plural. Any reference to Plaintiff includes opt-ins who file to join the action before a court-approved opt-in notice is issued, whether the complaint has been amended to add them to the caption or not.

discuss what will happen next in Plaintiff's lawsuit against you. You may participate in the conference by calling 877-336-1829 and typing in the access code 3581283 for the AT&T conference bridge. You may also have a lawyer appear for you. If you are a corporate defendant, you should have a lawyer appear for you, but may appear at the appearance noticed herein without one to state your intentions with respect to retaining counsel.

On or before August 16, 2022, if you would like to inform the Court and Plaintiff of your views, including as to whether you received notice about the lawsuit prior to this notice, or what your factual and legal objections to Plaintiff's claims are, you may send a letter or statement to the Court and to Plaintiff's counsel. You will find Plaintiff's counsel's contact information on the enclosed case docket sheet. Any letter or statement to the Court should clearly identify the case name and number from the caption of this notice and can be mailed or delivered to:

>   United States District Court for the Eastern District of New York
>   Attn: Clerk's Office / U.S.M.J. Scanlon
>   225 Cadman Plaza East
>   Brooklyn, New York 11201.

Dated: Brooklyn, New York
       July 25, 2022

*Vera M. Scanlon*
VERA M. SCANLON
United States Magistrate Judge

## Service by Guaranteed Subpoena

Guaranteed Subpoena Service, Inc.
P.O. Box 2248 - UNION, NJ 07083
Phone: (908) 687-0056   Toll free: (800) 672-1952
Fax: (908) 688-0885 Tax ID 22-2393485
Web: www.Served.com   -   Email: Info@Served.com

Your Process   **20220725140106**   Has Been
SUCCESSFULLY SERVED!

Served Upon: **DANIEL HERNANDEZ, A/K/A TEK ASHI 69 C/O SECRETARY OF STATE**
Served Date/Time: **7/27/2022 9:00:00 AM**
Service Type:
Accepted By:
Relationship/Title:
Description:   Sex: Age: Height: Weight:
Skin: Hair: Other:

Location:
At Address: **99 WASHINGTON AVE.**
**ALBANY  NY  12231**
In the Case/Docket: **1 21 CV 07051 MKB VMS**   Claim:
Plaintiff: **JAIME DOMINGUEZ, ET AL**
Defendant: **DANIEL HERNANDEZ, A/K/A TEK ASHI 69, ET AL**
Attorney: **FRANKLIN S. MONTERO, ESQ.**
Phone/Fax/Email: **9737778718   9737771710**
Firm: **LAW OFFICES OF FRANKLIN S. MONTERO, LLC**
**451 CLIFTON AVENUE**
**CLIFTON  NJ  07011**

The proof of service, the affidavit of process server or the acknowledgement of service will be arriving by first class mail in the next few days.
**www.SERVED.com**
Visit us on the web to get the latest status of your process, request services, make a payment and more!
Your firm ID is: **LA090349**

# ARE WE FILING THIS AFFIDAVIT
## IN ACCORDANCE WITH RULE 4:4-7?
## WE WILL DO IT AUTOMATICALLY FOR $9.99
## FAMILY - CHANCERY - PROBATE

Guaranteed Subpoena Service, Inc.
P.O. Box 2248 - UNION, NJ 07083
Phone: (908) 687-0056   Toll free: (800) 672-1952
Fax: (908) 688-0885 Tax ID 22-2393485
Web: www.Served.com   -   Email: Info@Served.com

Your Process   **20220725140241**   Has Been
SUCCESSFULLY SERVED!

| | |
|---|---|
| Served Upon: | **6IX9INE TOURING INC. C/O SECRETARY OF STATE** |
| Served Date/Time: | **7/27/2022 9:00:00 AM** |
| Service Type: | |
| Accepted By: | |
| Relationship/Title: | |
| Description: | Sex:  Age:  Height:  Weight: |
| | Skin:  Hair:  Other: |

| | |
|---|---|
| Location: | |
| At Address: | **99 WASHINGTON AVE.** |
| | **ALBANY  NY  12231** |
| In the Case/Docket: | **1 21 CV 07051 MKB VMS**   Claim: |
| Plaintiff: | **JAIME DOMINGUEZ, ET AL** |
| Defendant: | **DANIEL HERNANDEZ, A/K/A TEK ASHI 69, ET AL** |
| Attorney: | **FRANKLIN S. MONTERO, ESQ.** |
| Phone/Fax/Email: | **9737778718  9737771710** |
| Firm: | **LAW OFFICES OF FRANKLIN S. MONTERO, LLC** |
| | **451 CLIFTON AVENUE** |
| | **CLIFTON  NJ  07011** |

The proof of service, the affidavit of process server or the acknowledgement of service will be arriving by first class mail in the next few days.

## www.SERVED.com

Visit us on the web to get the latest status of your process, request services, make a payment and more!

Your firm ID is: **LA090349**

# ARE WE FILING THIS AFFIDAVIT
## IN ACCORDANCE WITH RULE 4:4-7?
## WE WILL DO IT AUTOMATICALLY FOR $9.99
## FAMILY - CHANCERY - PROBATE

Guaranteed Subpoena Service, Inc.
P.O. Box 2248 - UNION, NJ 07083
Phone: (908) 687-0056   Toll free: (800) 672-1952
Fax: (908) 688-0885 Tax ID 22-2393485
Web: www.Served.com   -   Email: Info@Served.com

Your Process  **20220725140409**  Has Been
SUCCESSFULLY SERVED!

| | |
|---|---|
| Served Upon: | **LL BUSINESS MANAGEMENT C/O SECRETARY OF STATE, ATTN: JUSTIN KOBAY** |
| Served Date/Time: | **7/22/2022 9:00:00 AM** |
| Service Type: | |
| Accepted By: | |
| Relationship/Title: | |
| Description: | Sex: Age: Height: Weight: |
| | Skin: Hair: Other: |
| Location: | |
| At Address: | **99 WASHINGTON AVE.** |
| | **ALBANY NY 12231** |
| In the Case/Docket: | **1 21 CV 07051 MKB VMS**   Claim: |
| Plaintiff: | **JAIME DOMINGUEZ, ET AL** |
| Defendant: | **DANIEL HERNANDEZ, A/K/A TEK ASHI 69, ET AL** |
| Attorney: | **FRANKLIN S. MONTERO, ESQ.** |
| Phone/Fax/Email: | **9737778718  9737771710** |
| Firm: | **LAW OFFICES OF FRANKLIN S. MONTERO, LLC** |
| | **451 CLIFTON AVENUE** |
| | **CLIFTON NJ 07011** |

The proof of service, the affidavit of process server or the acknowledgement of service will be arriving by first class mail in the next few days.

## www.SERVED.com

Visit us on the web to get the latest status of your process, request services, make a payment and more!
Your firm ID is: **LA090349**

# ARE WE FILING THIS AFFIDAVIT
## IN ACCORDANCE WITH RULE 4:4-7?
## WE WILL DO IT AUTOMATICALLY FOR $9.99
## FAMILY - CHANCERY - PROBATE

**GUARANTEED SUBPOENA SERVICE, INC.**
2009 MORRIS AVENUE - UNION, NJ 07083
## www.Served.com
Phone: (908) 687-0056    Fax: (908) 688-0885    E-mail: Info@Served.com

# WE HAVE RECEIVED YOUR PROCESS# 20220725140511

From: OPERATIONS MANAGER - GUARANTEED SUBPOENA SERVICE
Attn: FRANKLIN S. MONTERO, ESQ.
Re: PROCESS RECEIVED - This fax/email initiated on 7/25/2022 2:05:40 PM
To: LAW OFFICES OF FRANKLIN S. MONTERO, LLC
451 CLIFTON AVENUE - CLIFTON NJ 07011
Phone: 9737778718   Fax: 9737771710   E-mail:

Dear FRANKLIN S. MONTERO, ESQ.,

Your process has been received and has been assigned the following reference number: 20220725140511
This number represents a fourteen digit unique ID that indicates the year, month, day, hours, minutes and seconds when your process has been entered into our computer system. Please use this number when you contact our office regarding any issues pertaining to this process. Please verify all information below, and contact us with any corrections if needed:

| | |
|---|---|
| GSS#: | 20220725140511 |
| PLAINTIFF: | JAIME DOMINGUEZ, ET AL |
| vs: DEFENDANT: | DANIEL HERNANDEZ, A/K/A TEK ASHI 69, ET AL |
| DOCKET#: | 1 21 CV 07051 MKB VMS |
| CLAIM#: | |
| PROCESS TO BE SERVED: | **NOTICE TO DEFENDANT,** |
| ENTITY TO BE SERVED: | **1ST CALL ENTERTAINMENT, LLC** |
| SERVING **HOME** ADDRESS: | **15 HENRY STREET   BRISTOL CT 06010** |
| COURT DATE: | |
| DUE DATE: | 7/29/2022 |

Now you can CHECK THE STATUS of your process at www.SERVED.com with your Firm ID: **LA090349**

- We can file your Proof of Service in accordance with Rule 4:4-7 for only **$9.99** -

Should you notice any errors, please fax any corrections to (908) 688-0885 or email us at: Info@Served.com
Please include document# **20220725140511**

GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE - UNION, NJ 07083

## www.Served.com

Phone: (908) 687-0056    Fax: (908) 688-0885    E-mail: Info@Served.com

# WE HAVE RECEIVED YOUR PROCESS# 20220725140000

From:   OPERATIONS MANAGER - GUARANTEED SUBPOENA SERVICE
Attn:   FRANKLIN S. MONTERO, ESQ.
Re:     PROCESS RECEIVED - This fax/email initiated on 7/25/2022 2:00:50 PM
To:     LAW OFFICES OF FRANKLIN S. MONTERO, LLC
        451 CLIFTON AVENUE - CLIFTON NJ 07011
        Phone: 9737778718   Fax: 9737771710   E-mail:

Dear FRANKLIN S. MONTERO, ESQ.,

Your process has been received and has been assigned the following reference number: 20220725140000
This number represents a fourteen digit unique ID that indicates the year, month, day, hours, minutes and seconds when your process has been entered into our computer system. Please use this number when you contact our office regarding any issues pertaining to this process. Please verify all information below, and contact us with any corrections if needed:

| | |
|---|---|
| GSS#: | 20220725140000 |
| PLAINTIFF: | JAIME DOMINGUEZ, ET AL |
| vs: | |
| DEFENDANT: | DANIEL HERNANDEZ, A/K/A TEK ASHI 69, ET AL |
| DOCKET#: | 1 21 CV 07051 MKB VMS |
| CLAIM#: | |
| PROCESS TO BE SERVED: | **NOTICE TO DEFENDANT,** |
| ENTITY TO BE SERVED: | **WILL CORNISH** |
| SERVING **HOME** ADDRESS: | **15 HENRY STREET   BRISTOL CT 06010** |
| COURT DATE: | |
| DUE DATE: | 8/1/2022 |

Now you can CHECK THE STATUS of your process at www.SERVED.com with your Firm ID: **LA090349**

- We can file your Proof of Service in accordance with Rule 4:4-7 for only **$9.99** -

Should you notice any errors, please fax any corrections to (908) 688-0885 or email us at: Info@Served.com
Please include document# **20220725140000**

GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE - UNION, NJ 07083
## www.Served.com
Phone: (908) 687-0056   Fax: (908) 688-0885   E-mail: Info@Served.com

# WE HAVE RECEIVED YOUR PROCESS# 20220725135026

From: OPERATIONS MANAGER - GUARANTEED SUBPOENA SERVICE
Attn: FRANKLIN S. MONTERO, ESQ.
Re: PROCESS RECEIVED - This fax/email initiated on 7/25/2022 1:59:40 PM
To: LAW OFFICES OF FRANKLIN S. MONTERO, LLC
451 CLIFTON AVENUE - CLIFTON NJ 07011
Phone: 9737778718   Fax: 9737771710   E-mail:

Dear FRANKLIN S. MONTERO, ESQ.,

Your process has been received and has been assigned the following reference number: 20220725135026
This number represents a fourteen digit unique ID that indicates the year, month, day, hours, minutes and seconds when your process has been entered into our computer system. Please use this number when you contact our office regarding any issues pertaining to this process. Please verify all information below, and contact us with any corrections if needed:

| | |
|---|---|
| GSS#: | 20220725135026 |
| PLAINTIFF: | JAIME DOMINGUEZ, ET AL |
| vs: DEFENDANT: | DANIEL HERNANDEZ, A/K/A TEK ASHI 69, ET AL |
| DOCKET#: | 1 21 CV 07051 MKB VMS |
| CLAIM#: | |
| PROCESS TO BE SERVED: | **NOTICE TO DEFENDANT,** |
| ENTITY TO BE SERVED: | **MURDA MANAGEMENT LLC** |
| SERVING **BUSINESS** ADDRESS: | 4611 N. FEDERAL HWY   APT. 139 POMPANO BEACH FL 33064 |
| COURT DATE: | 8/25/2022 |
| DUE DATE: | 8/1/2022 |

Now you can CHECK THE STATUS of your process at www.SERVED.com with your Firm ID: **LA090349**

- We can file your Proof of Service in accordance with Rule 4:4-7 for only **$9.99** -

Should you notice any errors, please fax any corrections to (908) 688-0885 or email us at: Info@Served.com
Please include document# **20220725135026**

# Service by U.S. Certified Mail

**U.S. Postal Service Certified Mail Receipt**

ARTICLE NUMBER:  9407 1111 0803 3478 3519 50

ARTICLE ADDRESSED TO:

DANIEL HERNANDEZ, A/K/A TEKASHI 69
3000 MARCUS AVE STE 1W5
NEW HYDE PARK NY 11042-1007

FEES
| | |
|---|---|
| Postage Per Piece | $0.57 |
| Certified Fee | 4.00 |
| Total Postage & Fees: | 4.57 |

Postmark Here

---

**U.S. Postal Service Certified Mail Receipt**

ARTICLE NUMBER:  9407 1111 0803 3478 3851 77

ARTICLE ADDRESSED TO:

LL BUSINESS MANAGEMENT
(Attn: Justin Kobay)
3000 MARCUS AVE STE 1W5
NEW HYDE PARK NY 11042-1007

FEES
| | |
|---|---|
| Postage Per Piece | $0.57 |
| Certified Fee | 4.00 |
| Total Postage & Fees: | 4.57 |

Postmark Here

---

**U.S. Postal Service Certified Mail Receipt**

ARTICLE NUMBER:  9407 1111 0803 3478 3664 97

ARTICLE ADDRESSED TO:

6IX9INE TOURING INC.
3000 MARCUS AVE STE 1W5
NEW HYDE PARK NY 11042-1007

FEES
| | |
|---|---|
| Postage Per Piece | $0.57 |
| Certified Fee | 4.00 |
| Total Postage & Fees: | 4.57 |

Postmark Here

# USPS Tracking®

FAQs >

Track Another Package +

**Tracking Number:** 9407111108033478385177

Remove ✕

Your item was delivered to an individual at the address at 10:46 am on July 28, 2022 in NEW HYDE PARK, NY 11042.

USPS Tracking Plus® Available ⌄

## ✓ Delivered, Left with Individual

July 28, 2022 at 10:46 am
NEW HYDE PARK, NY 11042

Get Updates ⌄

Text & Email Updates ⌄

Tracking History ⌄

USPS Tracking Plus® ⌄

Product Information ⌄

See Less ⌃

# USPS Tracking®

FAQs >

Track Another Package +

**Tracking Number:** 9407111108033478366497

Remove ×

Your item was delivered to an individual at the address at 10:46 am on July 28, 2022 in NEW HYDE PARK, NY 11042.

USPS Tracking Plus® Available ∨

## ✓ Delivered, Left with Individual

July 28, 2022 at 10:46 am
NEW HYDE PARK, NY 11042

Get Updates ∨

Text & Email Updates ∨

Tracking History ∨

USPS Tracking Plus® ∨

Product Information ∨

See Less ∧

# USPS Tracking®

FAQs >

Track Another Package +

**Tracking Number:** 9407111108033478351950

Remove ✕

Your item was delivered to an individual at the address at 10:46 am on July 28, 2022 in NEW HYDE PARK, NY 11042.

USPS Tracking Plus® Available ⌄

## ⊘ Delivered, Left with Individual

July 28, 2022 at 10:46 am
NEW HYDE PARK, NY 11042

Get Updates ⌄

Text & Email Updates ⌄

Tracking History ⌄

USPS Tracking Plus® ⌄

Product Information ⌄

See Less ⌃