Chambers of Vera M. Scanlon
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

quadient
07/25/2022
US POSTAGE $001.68
FIRST CLASS MAIL
ZIP 11201
041M11470324

SD
unknown

Return to Sender

No Longer Client

Daniel Hernandez
a/k/a Tekashi 69
3000 Marcus Ave Suite 1WF
New Hyde Park, NY 11042

NIXIE         061    5E 1         0208/07/22
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 11201189899    0060N219210-00294

U.S. District Court

Eastern District of New York

**Notice of Electronic Filing**

The following transaction was entered on 7/25/2022 at 1:12 PM EDT and filed on 7/25/2022
Case Name:        Dominguez et al v. Hernandez et al
Case Number:      1:21-cv-07051-MKB-VMS
Filer:
**Document Number:** 12

Docket Text:
**SCHEDULING ORDER: A Telephone Conference is set for 8/25/2022 at 2:30 PM before Magistrate Judge Vera M. Scanlon. The parties are to call 877-336-1829 and dial the access code 3581283 for the AT&T conference bridge.**

**Although Defendants have not appeared in this case, they may participate in the conference, with or without a lawyer. The parties should expect to discuss Plaintiffs' motion for default judgment at ECF No. [11]. Plaintiffs' lawsuit against Defendants asks for monetary relief in favor of Plaintiffs based on, inter alia, alleged breach of contract, defamation and fraud. Plaintiffs have represented that they have served Defendants with the complaint, which is the document that states Plaintiffs' claims against Defendants. See ECF No. [1]. Because Defendants have not responded to this lawsuit by answering the complaint or moving to dismiss it and Plaintiffs have moved for default judgment, the Court may award damages against Defendants and in favor of Plaintiffs for thousands of dollars, for which Defendants would be liable. If Defendants do not participate in the lawsuit now, they would likely waive their rights to raise factual or legal defenses that they may have to Plaintiffs' claims. On or before 8/16/2022, if Defendants would like to inform the Court and Plaintiffs of their views, including as to whether Defendants received notice about the lawsuit prior to this notice, or what Defendants' factual and legal objections to Plaintiffs' claims are, Defendants may send a letter or statement to the Court and to Plaintiffs' counsel. See attached document for the Court's mailing information.**

**By 7/29/2022, Plaintiffs must file proof of service on ECF of this Order upon Defendants. The Court will mail a copy of the docket, the complaint and this Order to Daniel Hernandez a/k/a Tekashi 69, 3000 Marcus Ave. Suite 1WF, New Hyde Park, NY 11042; Daniel Hernandez a/k/a Tekashi 69, 3000 Marcus Ave. Suite 1W5, Lake Success, NY 11042; Will Cornish, 15 Henry St., Bristol, CT 06010; Will Cornish, 414 Tiffany Ln, Bristol, CT 06010; 6IX9INE Touring Inc., 3000 Marcus Ave. Suite 1WF, New Hyde Park, NY 11042; 6IX9INE Touring Inc., 3000 Marcus Ave. Suite 1W5, Lake Success, NY 11042; 1st Call Entertainment LLC, 15 Henry St., Bristol, CT 06010; 1st Call Entertainment LLC, 414 Tiffany Ln, Bristol, CT 06010; Murda Management, LLC, 4611 N. Federal Hwy, Apt. 139, Pompano Beach, FL 33064; Murda Management, LLC, 4611 N. Federal Hwy, Apt. 122, Pompano Beach, FL 33064; and Murda Management, LLC c/o Linn Corporation, 1730 S. Federal Hwy, Suite 102, Delray Beach, FL 33483. Ordered by Magistrate Judge Vera M. Scanlon on 7/25/2022. (Scully, Nicole)**