Chambers of Vera M. Scanlon
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

NIXIE    326   5E 1        7208/19/22
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD
BC: 11201189899    2247N232000-01042

Murda Management, LLC
4611 N. Federal Hwy, Apt. 122
Pompano Beach, FL 33064

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x

JAMIE DOMINGUEZ and JDD
ENTERTAINMENT INC.,

               Plaintiff,[1]

            -against-

DANIEL HERNANDEZ a/k/a TEKASHI 69,
WILL CORNISH, 6IX9INE TOURING INC., 1ST
CALL ENTERTAINMENT LLC and MURDA
MANAGEMENT, LLC,

               Defendants.
------------------------------------------------------------------ x

NOTICE TO DEFENDANT

21 Civ. 7051
(MKB) (VMS)

Telephone Hearing:

Date: August 25, 2022
Time: 2:30 PM
Dial-In: (877) 336-1829
Access Code: 3581283

**Vera M. Scanlon, United States Magistrate Judge:**

      Plaintiff has started a lawsuit in this Court that names you as a Defendant. See ECF No. 1. A copy of Plaintiff's complaint is enclosed. It contains information about Plaintiff's allegations against you and the relief that Plaintiff seeks from you.

      Plaintiff claims that you have received written notice of this lawsuit. You are receiving this notice because you have not answered or otherwise responded to the Court about Plaintiff's allegations.

      Plaintiff has requested the Court enter a default judgment against you. Stated differently, Plaintiff has requested that the Court conclude (1) that you do not oppose Plaintiff's allegations, or disagree with Plaintiff's claims, and (2) that Plaintiff is entitled to a judgment for the relief requested in Plaintiff's complaint.

      If you continue to fail to participate, the Court may grant Plaintiff's request and enter default judgment against you.

      A judgment is a public record with potential consequences. For example, if you do not pay a judgment awarding Plaintiff monetary damages, Plaintiff may be allowed to enforce an unpaid judgment through methods such as attachment, imposition of a lien or garnishment. As another example, if you do not comply with a judgment requiring that you take or refrain from taking specified action(s), Plaintiff may commence contempt proceedings against you seeking financial or even more serious sanctions.

      The Court has scheduled a Telephone Conference on August 25, 2022, at 2:30 PM to

---

[1] If there is more than one Plaintiff or Defendant, the singular reference to Plaintiff or Defendant includes the plural. Any reference to Plaintiff includes opt-ins who file to join the action before a court-approved opt-in notice is issued, whether the complaint has been amended to add them to the caption or not.

discuss what will happen next in Plaintiff's lawsuit against you. You may participate in the conference by calling 877-336-1829 and typing in the access code 3581283 for the AT&T conference bridge. You may also have a lawyer appear for you. If you are a corporate defendant, you should have a lawyer appear for you, but may appear at the appearance noticed herein without one to state your intentions with respect to retaining counsel.

   On or before August 16, 2022, if you would like to inform the Court and Plaintiff of your views, including as to whether you received notice about the lawsuit prior to this notice, or what your factual and legal objections to Plaintiff's claims are, you may send a letter or statement to the Court and to Plaintiff's counsel. You will find Plaintiff's counsel's contact information on the enclosed case docket sheet. Any letter or statement to the Court should clearly identify the case name and number from the caption of this notice and can be mailed or delivered to:

    United States District Court for the Eastern District of New York
    Attn: Clerk's Office / U.S.M.J. Scanlon
    225 Cadman Plaza East
    Brooklyn, New York 11201.

Dated: Brooklyn, New York
    July 25, 2022

                    *Vera M. Scanlon*
                    VERA M. SCANLON
                    United States Magistrate Judge

U.S. District Court

Eastern District of New York

**Notice of Electronic Filing**

The following transaction was entered on 7/25/2022 at 1:12 PM EDT and filed on 7/25/2022
**Case Name:**         Dominguez et al v. Hernandez et al
**Case Number:**       <u>1:21-cv-07051-MKB-VMS</u>
**Filer:**
**Document Number:** <u>12</u>

Docket Text:
**SCHEDULING ORDER: A Telephone Conference is set for 8/25/2022 at 2:30 PM before Magistrate Judge Vera M. Scanlon. The parties are to call 877-336-1829 and dial the access code 3581283 for the AT&T conference bridge.**

**Although Defendants have not appeared in this case, they may participate in the conference, with or without a lawyer. The parties should expect to discuss Plaintiffs' motion for default judgment at ECF No. [11]. Plaintiffs' lawsuit against Defendants asks for monetary relief in favor of Plaintiffs based on, <u>inter alia</u>, alleged breach of contract, defamation and fraud. Plaintiffs have represented that they have served Defendants with the complaint, which is the document that states Plaintiffs' claims against Defendants. <u>See</u> ECF No. [1]. Because Defendants have not responded to this lawsuit by answering the complaint or moving to dismiss it and Plaintiffs have moved for default judgment, the Court may award damages against Defendants and in favor of Plaintiffs for thousands of dollars, for which Defendants would be liable. If Defendants do not participate in the lawsuit now, they would likely waive their rights to raise factual or legal defenses that they may have to Plaintiffs' claims. On or before 8/16/2022, if Defendants would like to inform the Court and Plaintiffs of their views, including as to whether Defendants received notice about the lawsuit prior to this notice, or what Defendants' factual and legal objections to Plaintiffs' claims are, Defendants may send a letter or statement to the Court and to Plaintiffs' counsel. See attached document for the Court's mailing information.**

**By 7/29/2022, Plaintiffs must file proof of service on ECF of this Order upon Defendants. The Court will mail a copy of the docket, the complaint and this Order to Daniel Hernandez a/k/a Tekashi 69, 3000 Marcus Ave. Suite 1WF, New Hyde Park, NY 11042; Daniel Hernandez a/k/a Tekashi 69, 3000 Marcus Ave. Suite 1W5, Lake Success, NY 11042; Will Cornish, 15 Henry St., Bristol, CT 06010; Will Cornish, 414 Tiffany Ln, Bristol, CT 06010; 6IX9INE Touring Inc., 3000 Marcus Ave. Suite 1WF, New Hyde Park, NY 11042; 6IX9INE Touring Inc., 3000 Marcus Ave. Suite 1W5, Lake Success, NY 11042; 1st Call Entertainment LLC, 15 Henry St., Bristol, CT 06010; 1st Call Entertainment LLC, 414 Tiffany Ln, Bristol, CT 06010; Murda Management, LLC, 4611 N. Federal Hwy, Apt. 139, Pompano Beach, FL 33064; Murda Management, LLC, 4611 N. Federal Hwy, Apt. 122, Pompano Beach, FL 33064; and Murda Management, LLC c/o Linn Corporation, 1730 S. Federal Hwy, Suite 102, Delray Beach, FL 33483. Ordered by Magistrate Judge Vera M. Scanlon on 7/25/2022.** (Scully, Nicole)