CHAMBERS OF VERA M. SCANLON
UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
225 CADMAN PLAZA EAST
BROOKLYN, NEW YORK 11201

NEW YORK NY 100

26 AUG 2022 PM 6 L

Vacant

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ SEP 15 2022 ★

BROOKLYN OFFICE

Murda Management, LLC
4611 N. Federal Hwy, Apt. 139
Pompano Beach

NIXIE      331   5E  1      2209/04/22
RETURN TO SENDER
VACANT
UNABLE TO FORWARD

BC: 11201189899       *2445-09798-26-37

# U.S. District Court

# Eastern District of New York

## Notice of Electronic Filing

The following transaction was entered on 8/25/2022 at 5:07 PM EDT and filed on 8/25/2022

**Case Name:** Dominguez et al v. Hernandez et al
**Case Number:** 1:21-cv-07051-MKB-VMS
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**ORDER. Plaintiffs' counsel will file a letter with supplemental information regarding service, including for Mr. Daniel Hernandez, by 10/7/2022. The Court has mailed a copy of this Order and the docket sheet to Defendants at Daniel Hernandez a/k/a Tekashi 69, 3000 Marcus Ave. Suite 1WF, New Hyde Park, NY 11042; Daniel Hernandez a/k/a Tekashi 69, 3000 Marcus Ave. Suite 1W5, Lake Success, NY 11042; Will Cornish, 15 Henry St., Bristol, CT 06010; Will Cornish, 414 Tiffany Ln, Bristol, CT 06010; 6IX9INE Touring Inc., 3000 Marcus Ave. Suite 1WF, New Hyde Park, NY 11042; 6IX9INE Touring Inc., 3000 Marcus Ave. Suite 1W5, Lake Success, NY 11042; 1st Call Entertainment LLC, 15 Henry St., Bristol, CT 06010; 1st Call Entertainment LLC, 414 Tiffany Ln, Bristol, CT 06010; Murda Management, LLC, 4611 N. Federal Hwy, Apt. 139, Pompano Beach, FL 33064; Murda Management, LLC, 4611 N. Federal Hwy, Apt. 122, Pompano Beach, FL 33064; and Murda Management, LLC c/o Linn Corporation, 1730 S. Federal Hwy, Suite 102, Delray Beach, FL 33483.** *c/m.* **Ordered by Magistrate Judge Vera M. Scanlon on 8/25/2022. (Scully, Nicole)**