

The Law Offices Of
# FRANKLIN S. MONTERO, LLC.

451 Clifton Avenue
Clifton, New Jersey 07011

515 Madison Avenue, 6th Floor
New York, NY 10022

Phone:  973-777-8718
Fax:     973-777-1710
E-mail: montero@fmonterolaw.com
Fsmonterolaw.com

*Member of NJ-NY Bar*

October 4, 2022

**VIA ECF-PACER**
Hon. Magistrate Judge Vera M. Scanlon, U.S.M.J.
U.S. District Court, Eastern District of NY
225 Cadman Plaza East
Brooklyn, NY 11201

    RE:   **Dominguez et al v. Hernandez et al**
              **Civil Action No. 1:21-cv-07051-MKB-VMS**

Dear Hon. Magistrate Judge Scanlon:

    My office represents the Plaintiff(s), Jamie Dominguez and JDD Entertainment Inc. in the above referenced matter. We submit this letter pursuant to your Honor's Order dated August 25, 2022, regarding supplemental information regarding service. The Complaint filed on December 21, 2021, was served along with the Summons and Civil Cover sheet to all the Defendants in this matter via Process Server and U.S. Certified mail. The addresses used were those found incorporated within the terms of the Artist Engagement Agreement with Defendant, 6IX9INE Touring Inc. and all parties were served as a result (***See Certificate of Service attached hereto as Exhibit A***).  This office then served copies of the Scheduling Order for the Initial Conferences by U.S. Certified and Regular Mail in which all Defendant(s) failed to appear on May 10, 2022 (***See Certificate of Service attached hereto as Exhibit B***). This office then moved for the Entry of Default after no Defendant(s) answered the Summons and Complaint. This office then filed a Motion for Default Judgement on July 21, 2022 and served copies to all Defendant(s) via U.S. Certified mail and process service (***See Affirmation of Service attached hereto as Exhibit C***). Another Scheduling Order was issued, and a Notice was sent out to all Defendant(s) as previously before through U.S. Certified mail and process service (***See Affirmation of Service attached as Exhibit D***).

    The Defendant, Daniel Hernandez aka Tekashi 69, who is a well-known musical performer, has been difficult to serve as he and the other co-Defendant's have been avoiding this litigation. The Plaintiff(s) is requesting additional time in order to personally serve Mr. Hernandez aka Tekashi 69, as the Defendant(s) have a reputation for avoiding legal service which is well

documented. Currently we are working with the Plaintiff(s) to personally serve the Defendant(s), including Mr. Hernandez aka Tekashi 69 and are using multiple resources in order to pinpoint their location and time they will be there in order to serve all Defendant(s) effectually and actually. There is no prejudice to the Defendant(s) in providing the Plaintiff(s) further time in order to satisfy this Court as the Plaintiff(s) are the only party to have suffered any harm. In the interests of justice, we ask this Court to allow the Plaintiff(s) time to further serve the Defendant(s) in this matter that will be sufficient for this Court in order to proceed with Default.

Thank you for all the effort and time you have spent on this matter. If there are any questions or concerns, please feel free to contact my office.

Respectfully submitted,

FRANKLIN S. MONTERO, ESQ.

Encls.

# **Exhibit A**

**FRANKLIN S. MONTERO, ESQ. - EDNY No. FM-2557**
**THE LAW OFFICES OF FRANKLIN S. MONTERO, LLC**
451 Clifton Avenue
Clifton, NJ 07011
Tel: (973) 777-8718
Fax: (973) 777-1710
Email: montero@fmonterolaw.com
Attorney(s) for the Plaintiffs

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAIME DOMINGUEZ; JJD ENTERTAINMENT, INC., | Civil Action |
| Plaintiff(s), | **CERTIFICATE OF SERVICE** |
| vs. | **Case No. 1:21-cv-07051-MKB-VMS** |
| DANIEL HERNANDEZ, a/k/a TEKASHI 69; Will Cornish; 6IX9INE TOURING INC.; 1ST CALL MGMT.; MURDA MGMT, LLC, | |
| Defendant(s). | |

I, Franklin S. Montero, Esq. of full age; certifies to the following:

1. I represent the Plaintiffs, Jamie Dominguez and JDD Entertainment Inc., in the above-named matter. I am an attorney at law of the State of New York and as such, I make this Certification based upon personal knowledge.

2. On December 21, 2021, the Plaintiff(s) filed a Complaint against all Defendant(s) referenced above. A copy of the Complaint, Summons, Civil Cover Sheet and other documents filed with the Court electronically were served to all Defendant(s) below by way of the following:

    a. **Murda Management LLC (*See Exhibit A*)**
       Address: 4611 N. Federal Hwy, Apt. 139, Pompano Beach, FL 33064
       Via Process Server Guaranteed Subpoena Service Inc. on 03/25/2022.

    b. **Will Cornish (*See Exhibit B*)**
       Address: 15 Henry Street, Bristol, CT 06010
       Via Process Server Guaranteed Subpoena Service Inc. on 12/27/2021.

   c.   **Daniel Hernandez a/k/a Tekashi 69 (*See Exhibit C*)**
- Address: 3000 Marcus Ave. Suite 1WF, New Hyde Park, NY 11042
  <u>Via U.S. Certified Mail Tracking No. 9407111202540821204405
  delivered on 03/21/21.</u>
- Address: C/O Secretary of State: 99 Washinton Ave, Albany, NY 12231
  <u>Via Process Server Guaranteed Subpoena Service Inc. on 03/21/22.</u>

   d.   **6IX9INE Touring Inc. (*See Exhibit D***
- Address: 3000 Marcus Ave. Suite 1WF, New Hyde Park, NY 11042
  <u>Via U.S. Certified Mail Tracking No. 9407111202540821286593
  delivered on 03/21/21.</u>
- Address: C/O Secretary of State: 99 Washinton Ave, Albany, NY 12231
  <u>Via Process Server Guaranteed Subpoena Service Inc. on 03/21/22.</u>

   e.   **1st Call Entertainment, LLC (*See Exhibit E*)**
Address: 15 Henry Street, Bristol, CT 06010
<u>Via Process Server Guaranteed Subpoena Service Inc. on 01/04/2022.</u>

   f.   **LL Business Management (Attn: Justin Kobay) (*See Exhibit F*)**
- Address: 3000 Marcus Ave. Suite 1WF, New Hyde Park, NY 11042
  <u>Via U.S. Certified Mail Tracking No. 9407111202540821286593
  delivered on 03/21/21.</u>
- Address: C/O Secretary of State: 99 Washinton Ave, Albany, NY 12231
  <u>Via Process Server Guaranteed Subpoena Service Inc. on 03/21/22.</u>

I certify that the foregoing statements made by me are true and correct. I am aware that if any of the foregoing statements made by me are knowingly false, I am subject to punishment.

Date: April 22, 2022

_____

Franklin S. Montero, Esq.

# Exhibit A

## **AFFIDAVIT OF SERVICE**

### UNITED STATES DISTRICT COURT
### District of New York

Index Number: 1 21 CV 07051 MKB VMS

Date Filed: _____

Plaintiff:
**JAIME DOMINGUEZ, ET AL**

vs.

Defendant:
**DANIEL HERNANDEZ, A/K/A TEK ASHI 69, ET AL**

For:
FRANKLIN MONTERO

Received by GUARANTEED SUBPOENA SERVICE, INC on the 23rd day of March, 2022 at 9:17 am to be served on **MURDA MANAGEMENT, LLC, 4611 N. FEDERAL HWY, APT. 139, POMPANO BEACH, FL 33064.**

I, Steve Kidd, being duly sworn, depose and say that on the **25th day of March, 2022 at 12:12 pm, I:**

SERVED the within named LLC by delivering a true copy of the **SUMMONS AND COMPLAINT** with the date and hour of service endorsed thereon by me to **KRISTIAN FUHSE** as **MANAGER at the address of 4611 B FEDERAL HIGHWAY, #139, POMPANO BEACH, FL 33064** pursuant to F.S. 48.062.

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of America.

**Marital Status:** Based upon inquiry of party served, Defendant is not married.

**Description** of Person Served: Age: 60, Sex: M, Race/Skin Color: White, Height: 5'9", Weight: 175, Hair: Grey, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Special Process Server in good standin g in the judicial circuit in which the process was served. Under penalties of perjury, I declare that I have read the forgoing Affidav it/Verified Return of service and the facts stated in it are true and correct. Pursuant to F.S. 92.525(2).

**Steve Kidd**
SPS #005

Subscribed and Sworn to before me by means of [x]
physical presence or [ ] online notarization this the
**31** day of **March 2022** by the affiant
who is personally known to me

NOTARY PUBLIC

LYNN REICH
Notary Public - State of Florida
Commission # GG 255266
My Comm. Expires Sep 4, 2022
Bonded through National Notary Assn.

**GUARANTEED SUBPOENA SERVICE, INC.**
**2009 Morris Avenue, Suite 101**
**Union, NJ 07083**

Our Job Serial Number: GTS-0000070091
Ref: 20220322142510

Copyright © 1992-2022 Database Services, Inc - Process Server's Toolbox V8.2c

# <u>Exhibit B</u>

**UNITED STATES DISTRICT COURT**
**Southern District of New York**



*225761*

**AFFIDAVIT OF SERVICE**

Index no :**1:21-cv-07051-MKB-VMS**

**Jaime Dominguez; JJD Entertainment, Inc.**

                    Plaintiff(s),

vs.

**Daniel Hernandez a/k/a Tekashi 69; et al**

                    Defendant(s).

_____/

**STATE OF CONNECTICUT**

                    **ss: East Hartford**

**HARTFORD COUNTY**

**Brian Sullivan**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen and not a party to this action. I reside in the State of Connecticut.

On **12/27/2021** at **2:00 PM**, I served the within **Summons and Complaint** on **William Cornish** at **15 Henry Street, Bristol, CT 06010** in the manner indicated below:

SUITABLE AGE: By delivering a true copy of each to **Elijah Cornish, Son/Co-Resident**, a person of suitable age and discretion. Said premises is recipient's usual place of abode within the state.

~~XXXXXXXXXXXXXXXXXXXXXXXXXXXXXX~~, on **12/28/2021** , deponent completed service by depositing a true copy of each document to the above address in a 1st Class postpaid properly addressed envelope not indicating that the mailing was from and attorney or concerned legal action and marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin/race | Color of hair | Age | Height | Weight |
|------|--------------------|----------------|-----|--------|--------|
| **Male** | **Brown** | **Brown** | **19** | **6'** | **180** |
| Other Features: | | | | | |

Your deponent asked the person spoken to whether the Recipient was in the active military service and received a negative reply. Upon information and belief I have; being based on the conversations and observations above narrated, Recipient is not in the military service.

Sworn to and subscribed before me on
December 28              , 20 21
by an affiant who is personally known to
me or produced identification.

_____
NOTARY PUBLIC
My Commission Expires: _____

AMY J CHANTRY
NOTARY PUBLIC
MY COMMISSION EXPIRES (03/31/2026)

X_____
Brian Sullivan
Guaranteed Subpoena
2009 Morris Avenue
Union, NJ 07083
1(800) 672-1952
Att/ File#:

# **Exhibit C**

U.S. Postal Service **Certified Mail Receipt**

ARTICLE NUMBER:   9407 1112 0254 0821 2044 05

ARTICLE ADDRESSED TO:

Daniel Hernandez, a/k/a Tekashi 69
3000 Marcus Ave, Suite 1W5
New Hyde Park NY 11042-1007

FEES

| | | |
|---|---|---|
| Postage Per Piece | $0.93 | |
| Certified Fee | 3.75 | |
| Total Postage & Fees: | 4.68 | Postmark Here |

USPS.com® - USPS Tracking® Results

# USPS Tracking®

FAQs >

## Track Another Package  +

**Tracking Number:** 9407111202540821204405

Remove ✕

Your item was delivered to the front desk, reception area, or mail room at 1:41 pm on March 21, 2022 in NEW HYDE PARK, NY 11042.

**USPS Tracking Plus® Available** ⌄

☑ **Delivered, Front Desk/Reception/Mail Room**

March 21, 2022 at 1:41 pm
NEW HYDE PARK, NY 11042

Feedback

**Get Updates** ⌄

---

**Text & Email Updates**                                                    ⌄

---

**Tracking History**                                                         ⌄

---

**USPS Tracking Plus®**                                                      ⌄

---

**Product Information**                                                      ⌄

---

**See Less** ⌃

_Supreme_ COURT OF THE STATE/CITY OF NEW YORK

COUNTY OF **DISTRICT** ATTORNEY: **FRANKLIN S. MONTERO, ESQ.**

20220318114202

| | |
|---|---|
| **JAIME DOMINGUEZ, ET AL** <br> - against - <br> **DANIEL HERNANDEZ, A/K/A TEKASHI 69, ET AL** | Petitioner(s) <br> Plaintiff(s) <br> Respondent(s) <br> Defendant(s) |

**AFFIDAVIT OF SERVICE**

INDEX# <br> 1 21 CV 07051 MKB VMS

DATE OF FILING:

STATE OF: _New York_ - COUNTY OF: _Albany_ ss:

I, _Angela Ray_, being duly sworn deposes and says deponent is not a party to this action, is over the age of 18 and resides in _Latham_

That on date/time: _3/21/22_ _9:10 AM_ at 99 WASHINGTON AVE.  ALBANY NY 12231

deponent served within: SUMMONS AND COMPLAINT, 40.00

[ ] Summons, Spanish summons & complaint, the language required by NRCRR 2900.2(e), (f) & (h) was set forth on the face of the summons(es)

On: DANIEL HERNANDEZ, A/K/A TEKASHI 69 C/O NY SECRETARY OF STATE

[ ] Defendant    [ ] Respondent    [ ] Witness (hereinafter called the recipient) therein named.

**INDIVIDUAL A [ ]**  By personally delivering and leaving with said DANIEL HERNANDEZ, A/K/A TEKASHI 69 C/O NY SECRETARY OF STATE
and that he/she knew the person so served to be the person mentioned and described in the aforementioned documents.

**CORPORATION B [ ]**  By delivering to and leaving with _Nancy Dougherty_
at _One Commerce Plaza  Albany, NY 12231_
and that he knew the person so served to be _Bus. Acu. Spec. II_ of the corporation.

**SUITABLE AGE PERSON C [ ]**  Service was made in the following manner after your deponent was unable to serve the defendant in person:
By delivering a true copy thereof to and leaving with _____
a person of suitable age and discretion at _____
the said premises being the recipient's [ ] Dwelling/Usual place of abode [X] Actual place of business within the State of NY.

**AFFIXING TO DOOR, ETC D [ ]**  By affixing a true copy thereof to the door of said premises, the same being the recipient's [ ]
Dwelling/Usual place of abode [X] Actual place of business within the State of NY.
Deponent had previously attempted to serve the above named recipient on/at times documented below/to right:
Deponent spoke with _____ who stated to deponent that the said recipient(s)
lived at the aforementioned address, but did not know recipient's place of employment.
1. _____ 2. _____ 3. _____

**MAILING TO RESIDENCE E1 [ ]**  Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to recipient to recipient's dwelling place/usual place of abode at the above address and deposited said envelope in an official repository under the exclusive care and custody of the US Postal Service within the State of NY. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the recipient and mailed on _____

**MAILING TO BUSINESS E2 [ ]**  Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to recipient to recipient's actual place of business at the above address and deposited said envelope in an official repository under the exclusive care and custody of the US Postal Service within the State of NY. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the recipient and mailed on _____.

**WITNESS FEE F [ ]**  Witness fee of the authorizing traveling expenses and one day's witness fee:
[ ] was paid (tendered) to the recipient [ ] was mailed to the witness with subpoena copy.

**MILITARY SERVICE G [X]**  I asked the person spoken to whether defendant was in active military service of the United States or of the State of NY in any capacity whatsoever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated.

**H [X]**  DEPONENT STATES THAT THE INDEX # AND FILING DATE WERE CLEARLY VISIBLE ON THE SUMMONS.
DESCRIPTION OF THE RECIPIENT OR OTHER PERSON SERVED OR SPOKEN TO ON BEHALF OF THE RECIPIENT IS AS:

**Description of Person Accepting Service:**

SEX: _F_ AGE: _60_ HEIGHT: _5'2"_ WEIGHT: _120 lb_ SKIN: _white_ HAIR: _Brown_ OTHER: _____

**To Be Used Where Electronic Signature Not Available**
Served Data:
Subscribed and Sworn to me this
_21st_ day of _March_, 20_22_

Notary Signature: _____

_Bradley Roy_                    _5/31/23_
Name of Notary                 Commission Expiration

BRADLEY J. ROY
Notary Public, State of New York
Qualified in Albany Co., No. 01RO6242471
Commission Expires May 31, 2023

**Docusign Court Approved E-Signature**
I, _Angela Ray_
was at the time of service a competent adult, not having direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

Signature of Process Server          _3/21/2022_
License#:                             Date
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE, SUITE 101
UNION, NJ 07083

# Exhibit D

U.S. Postal Service **Certified Mail Receipt**

ARTICLE NUMBER:    9407 1112 0254 0821 2865 93

ARTICLE ADDRESSED TO:

6IX9INE Touring Inc.
3000 Marcus Ave, Suite 1W5
New Hyde Park NY 11042-1007

| FEES | | |
|---|---|---|
| Postage Per Piece | $0.93 | |
| Certified Fee | 3.75 | |
| Total Postage & Fees: | 4.68 | Postmark Here |

USPS.com® - USPS Tracking® Results

Page 1 of 2

# USPS Tracking®

FAQs >

### Track Another Package  +

**Tracking Number:** 9407111202540821286593

Remove ✕

Your item was delivered to the front desk, reception area, or mail room at 1:41 pm on March 21, 2022 in NEW HYDE PARK, NY 11042.

USPS Tracking Plus® Available ⌄

## ⊘ Delivered, Front Desk/Reception/Mail Room

March 21, 2022 at 1:41 pm
NEW HYDE PARK, NY 11042

**Get Updates** ⌄

| | |
|---|---|
| **Text & Email Updates** | ⌄ |
| **Tracking History** | ⌄ |
| **USPS Tracking Plus®** | ⌄ |
| **Product Information** | ⌄ |

**See Less** ⌃

Supreme Case 1:21-cv-07051-MKB-VMS COURT OF THE STATE DOCUMENT NEW York Filed 04/22/22   Page 14 of 20 PageID #: 58

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF **DISTRICT** ATTORNEY: **FRANKLIN S. MONTERO, ESQ.**

20220318114304

| | |
|---|---|
| **JAIME DOMINGUEZ, ET AL** | Petitioner(s) |
| - against - | Plaintiff(s) |
| **DANIEL HERNANDEZ, A/K/A TEK ASHI 69, ET AL** | Respondent(s) |
| | Defendant(s) |

**AFFIDAVIT OF SERVICE**

INDEX#
1 21 CV 07051 MKB VMS

DATE OF FILING:

STATE OF: New York - COUNTY OF: Albany ss.:

I, Angela Roy , being duly sworn deposes and says deponent is not a party to this action, is over the age of 18 and resides in Athen, NY

That on date/time: 3/21/22 @ 9: NA at 99 WASHINGTON AVE.  ALBANY  NY  12231
deponent served within: SUMMONS and COMPLAINT, 40.00 FEE

[ ] Summons, Spanish summons & complaint, the language required by NRCRR 2900.2(e), (f) & (h) was set forth on the face of the summons(es)

On: 61X9INE TOURING, INC. C/O NY SECRETARY OF STATE

[X] Defendant   [ ] Respondent   [ ] Witness (hereinafter called the recipient) therein named.

**INDIVIDUAL**
**A   [ ]**
By personally delivering and leaving with said 61X9INE TOURING, INC. C/O NY SECRETARY OF STATE
and that he/she knew the person so served to be the person mentioned and described in the aforementioned documents.

**CORPORATION**
**B   [X]**
By delivering to and leaving with Nancy Dougherty
at One Commerce Plaza Albany NY 12281
and that he knew the person so served to be Bus. Doc Spec I of the corporation.

**SUITABLE AGE PERSON**
**C   [ ]**
Service was made in the following manner after your deponent was unable with due diligence to serve the defendant in person:
By delivering a true copy thereof to and leaving with _____
a person of suitable age and discretion at _____
the said premises being the recipient's [ ] Dwelling/Usual place of abode [X] Actual place of business within the State of NY.

**AFFIXING TO DOOR, ETC**
**D   [ ]**
By affixing a true copy thereof to the door of said premises, the same being the recipient's [ ]
Dwelling/Usual place of abode [X] Actual place of business within the State of NY.
Deponent had previously attempted to serve the above named recipient on/at times documented below/to right:
Deponent spoke with _____ who stated to deponent that the said recipient(s)
lived at the aforementioned address, but did not know recipient's place of employment.
1._____ 2._____ 3._____

**MAILING TO RESIDENCE**
**E1   [ ]**
Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to recipient to recipient's dwelling place/usual place of abode at the above address and deposited said envelope in an official repository under the exclusive care and custody of the US Postal Service within the State of NY. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the recipient and mailed on _____

**MAILING TO BUSINESS**
**E2   [ ]**
Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to recipient to recipient's actual place of business at the above address and deposited said envelope in an official repository under the exclusive care and custody of the US Postal Service within the State of NY. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the recipient and mailed on _____

**WITNESS FEE**
**F   [ ]**
Witness fee of  the authorizing traveling expenses and one day's witness fee:
[ ] was paid (tendered) to the recipient [ ] was mailed to the witness with subpoena copy.

**MILITARY SERVICE**
**G   [X]**
I asked the person spoken to whether defendant was in active military service of the United States or of the State of NY in any capacity whatsoever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observation above narrated.

**H   [X]**
DEPONENT STATES THAT THE INDEX # AND FILING DATE WERE CLEARLY VISIBLE ON THE SUMMONS.
DESCRIPTION OF THE RECIPIENT OR OTHER PERSON SERVED OR SPOKEN TO ON BEHALF OF THE RECIPIENT IS AS:

**Description of Person Accepting Service:**

SEX: F  AGE: 60  HEIGHT: 5'2"  WEIGHT: 120 lb  SKIN: White  HAIR: Brown  OTHER: _____

**To Be Used Where Electronic Signature Not Available**
**Served Data:**
Subscribed and Sworn to me this
21st day of MARCH , 20 22

Notary Signature: Bradley Roy

Name of Notary   Commission Expiration

**BRADLEY J. ROY**
Notary Public, State of New York
Qualified in Albany Co., No. 01ROE242471
Commission Expires May 31, 2023

**Docusign Court Approved E-Signature**
I, Angela Roy
was at the time of service a competent adult, not having direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

Signature of Process Server       3/21/2022  Date
License#:

**GUARANTEED SUBPOENA SERVICE, INC.**
**2009 MORRIS AVENUE, SUITE 101**
**UNION, NJ 07083**

# **Exhibit E**

**UNITED STATES DISTRICT COURT**
**Southern District of New York**



*225759*

**AFFIDAVIT OF SERVICE**

Index no :**1:21-cv-07051-MKB-VMS**

**Jaime Dominguez; JJD Entertainment, Inc.**

Plaintiff(s),

vs.

**Daniel Hernandez a/k/a Tekashi 69; et al**

Defendant(s).

_____/

**STATE OF CONNECTICUT**
                              ss: East Hartford
**HARTFORD COUNTY**

**Brian Sullivan**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen and not a party to this action. I reside in the State of Connecticut.

On **01/04/2022** at **12:43 PM**, I served the within **Summons and Complaint** on **1st Call Entertainment, LLC** at **15 Henry Street, Bristol, CT 06010** in the manner indicated below:

CORPORATE SERVICE: By delivering a true copy of each to **William Cornish, Managing Agent** of the above named corporation. The undersigned asked the recipient if he/she is authorized to accept service on behalf of **1st Call Entertainment, LLC**, and the recipient responded in the affirmative.

Comments: **12/27/21 @ 2PM spoke to son of William Cornish, Mr Cornish is not home. My contact number was left. 12/31/21 @ 5:15PM no answer, no vehicles. Waited fifteen minutes. No changes. 1/4/22 @ 12:43PM son of Mr Vornish answered the door, said I know you want my Dad, I will get him. Son then closed the door. I waited ten minutes subject did not come to the door. I then Posted documents, yelled out to Mr. Cornish stating that he was served on Behalf of 1st Call Entertainment. Mr. Cornish came out of the house and told me to stop stalking him and his house. I advised him he was served**

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin/race | Color of hair | Age | Height | Weight |
|------|--------------------|---------------|-----|--------|--------|
| Male | Caucasian | Black | 65 | 5'11" | 170 |
| Other Features: | | | | | |

Your deponent asked the person spoken to whether the Recipient was in the active military service and received a negative reply. Upon information and belief I have; being based on the conversations and observations above narrated, Recipient is not in the military service.

Sworn to and subscribed before me on
January 07, 2022
by an affiant who is personally known to
me or produced identification.

X _____
Brian Sullivan
Guaranteed Subpoena
2009 Morris Avenue
Union, NJ 07083
1800-672-1952
Atty File#:

_____
NOTARY PUBLIC
My Commission Expires: _____

AMY J. CHANTRY
NOTARY PUBLIC
MY COMM.

# **Exhibit F**

**U.S. Postal Service** **Certified Mail Receipt**

ARTICLE NUMBER:   9407 1112 0254 0621 2008 27

ARTICLE ADDRESSED TO:

LL Business Management
(Attn: Justin Kobay)
3000 Marcus Ave, Suite 1W5
New Hyde Park NY 11042-1007

FEES

| | |
|---|---|
| Postage Per Piece | $0.93 |
| Certified Fee | 3.75 |
| Total Postage & Fees: | 4.68 |

Postmark
Here

# USPS Tracking®

FAQs >

## Track Another Package +

**Tracking Number:** 9407111202540821200827

Remove ✕

Your item was delivered to the front desk, reception area, or mail room at 1:41 pm on March 21, 2022 in NEW HYDE PARK, NY 11042.

**USPS Tracking Plus® Available** ⌄

### ✓ Delivered, Front Desk/Reception/Mail Room

March 21, 2022 at 1:41 pm
NEW HYDE PARK, NY 11042

**Get Updates** ⌄

See More ⌄

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

SUPREME COURT OF THE STATE/CITY OF NEW YORK

COUNTY OF **DISTRICT**  ATTORNEY: **FRANKLIN S. MONTERO, ESQ.**

20220318114005

| | |
|---|---|
| **JAIME DOMINGUEZ, ET AL** <br> - against - <br> **DANIEL HERNANDEZ, A/K/A TEKASHI 69, ET AL** | Petitioner(s) <br> Plaintiff(s) <br> Respondent(s) <br> Defendant(s) |

**AFFIDAVIT OF SERVICE**

INDEX#
1 21 CV 07051 MKB VMS

DATE OF FILING:

STATE OF: _New York_   - COUNTY OF: _Albany_   ss:

I, _Angela Ray_ , being duly sworn deposes and says deponent is not a party to this action, is over the age of 18 and resides in _Latham NY_
That on date/time _3/21/22 @ 9:14AM_ at 99 WASHINGTON AVE   ALBANY NY  12231
deponent served within: SUMMONS AND COMPLAINT, 40.00 FEE

[ ] Summons, Spanish summons & complaint, the language required by NRCRR 2900.2(e), (f) & (h) was set forth on the face of the summons(es)

On: LL BUSINESS MANAGEMENT C/O SECRETARY OF STATE

| | | |
|---|---|---|
| **INDIVIDUAL** <br> **A** [ ] | [X] Defendant     [ ] Respondent     [ ] Witness (hereinafter called the recipient) therein named. <br> By personally delivering and leaving with said LL BUSINESS MANAGEMENT C/O SECRETARY OF STATE <br> and that he/she knew the person so served to be the person mentioned and described in the aforementioned documents. |
| **CORPORATION** <br> **B** [X] | By delivering to and leaving with _Nancy Dougherty_ <br> at _One Commerce Plaza Albany NY 12231_ <br> and that he knew the person so served to be _Bus Doc Spec't_  of the corporation. |
| **SUITABLE AGE PERSON** <br> **C** [ ] | Service was made in the following manner after your deponent was unable with due diligence to serve the defendant in person: <br> By delivering a true copy thereof to and leaving with _____ <br> a person of suitable age and discretion at _____ <br> the said premises being the recipient's [ ] Dwelling/Usual place of abode [X] Actual place of business within the State of NY. |
| **AFFIXING TO DOOR, ETC** <br> **D** [ ] | By affixing a true copy thereof to the door of said premises, the same being the recipient's [ ] <br> Dwelling/Usual place of abode [X] Actual place of business within the State of NY. <br> Deponent had previously attempted to serve the above named recipient on/at times documented below/to right: <br> Deponent spoke with _____ who stated to deponent that the said recipient(s) <br> lived at the aforementioned address, but did not know recipient's place of employment. <br> 1. _____  2. _____  3. _____ |
| **MAILING TO RESIDENCE** <br> **E1** [ ] | Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to recipient to recipient's dwelling place/usual place of abode at the above address and deposited said envelope in an official repository under the exclusive care and custody of the US Postal Service within the State of NY. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the recipient and mailed on _____. |
| **MAILING TO BUSINESS** <br> **E2** [ ] | Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to recipient to recipient's actual place of business at the above address and deposited said envelope in an official repository under the exclusive care and custody of the US Postal Service within the State of NY. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the recipient and mailed on _____. |
| **WITNESS FEE** <br> **F** [ ] | Witness fee of the authorizing traveling expenses and one day's witness fee: <br> [ ] was paid (tendered) to the recipient [ ] was mailed to the witness with subpoena copy. |
| **MILITARY SERVICE** <br> **G** [X] | I asked the person spoken to whether defendant was in active military service of the United States or of the State of NY in any capacity whatsoever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observation above narrated. |
| **H** [X] | DEPONENT STATES THAT THE INDEX # AND FILING DATE WERE CLEARLY VISIBLE ON THE SUMMONS. <br> DESCRIPTION OF THE RECIPIENT OR OTHER PERSON SERVED OR SPOKEN TO ON BEHALF OF THE RECIPIENT IS AS: |

**Description of Person Accepting Service:**

SEX: _F_  AGE: _60_  HEIGHT: _5'2"_  WEIGHT: _120lb_  SKIN: _white_  HAIR: _Brown_  OTHER:

**To Be Used Where Electronic Signature Not Available**
Served Data:
Subscribed and Sworn to me this
_21st_ day of _MARCH_ , 20 _22_

Notary Signature: _____

_BRADLEY ROY_   _5/31/23_
Name of Notary     Commission Expiration

BRADLEY J. ROY
Notary Public, State of New York
Qualified in Albany Co., No. 01RO6242471
Commission Expires May 31, 2023

Docusign Court Approved E-Signature
I, _Angela Ray_
was at the time of service a competent adult, not having direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

Signature of Process Server     _3 21 /2022_
License#: _____                Date
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE, SUITE 101
UNION, NJ 07083

# Exhibit B

**FRANKLIN S. MONTERO, ESQ. - EDNY No. FM-2557**
**THE LAW OFFICES OF FRANKLIN S. MONTERO, LLC**
451 Clifton Avenue
Clifton, NJ 07011
Tel: (973) 777-8718
Fax: (973) 777-1710
Email: montero@fmonterolaw.com
Attorney(s) for the Plaintiffs

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAIME DOMINGUEZ; JJD ENTERTAINMENT, INC., <br><br> Plaintiff(s), <br><br> vs. <br><br> DANIEL HERNANDEZ, a/k/a TEKASHI 69; Will Cornish; 6IX9INE TOURING INC.; 1ST CALL MGMT.; MURDA MGMT, LLC, <br><br> Defendant(s). | Civil Action <br><br> **CERTIFICATE OF SERVICE** <br><br> **Case No. 1:21-cv-07051-MKB-VMS** |

I, Franklin S. Montero, Esq. of full age; certifies to the following:

1. I represent the Plaintiffs, Jamie Dominguez and JDD Entertainment Inc., in the above-named matter. I am an attorney at law of the State of New York and as such, I make this Certification based upon personal knowledge.

2. On January 19, 2022, I mailed a copy of the Scheduling Order for the Initial Conference on 05/10/2022, Joint Proposed CMP, and full docket by U.S. Regular Mail and U.S. Certified Mail to the Defendant(s) below. Please see attached Correspondence, Certified Mail Receipt and U.S. Regular Mail Receipt (*Exhibit A*) for the following:

    a. **Murda Management LLC**
       Tracking No. 9407 1116 9900 0578 7957 14
    b. **Will Cornish**
       Tracking No. 9407 1116 9900 0578 7794 24
    c. **Daniel Hernandez**
       Tracking No. 9407 1116 9900 0578 7710 91
    d. **6IX9INE Touring Inc.**

        Tracking No. 9407 1116 9900 0578 7785 71

    e.   **1ˢᵗ Call Entertainment, LLC**

        Tracking No. 9407 1116 9900 0578 7983 26

I certify that the foregoing statements made by me are true and correct. I am aware that if any of the foregoing statements made by me are knowingly false, I am subject to punishment.

Date: January 19, 2022

_____

Franklin S. Montero, Esq.

2

# Exhibit A

### Case No. 1:21-cv-07051-MKB-VMS

# Law Offices of Franklin S. Montero, LLC

451Clifton Avenue
Clifton, New Jersey 07011**

515 Madison Avenue, 6th Floor
New York, NY 10022

Phone:  973-777-8718
Fax:      973-777-1710
E-mail: Montero@FMonterolaw.com
Fsmonterolaw.com

*Member of NJ and NY Bars*

** *Mail Reply to Clifton Office*

January 19, 2022

**VIA U.S. Regular and U.S. Certified Mail**
Murda Management, LLC
4611 N. Federal Hwy, Apt. 139
Pompano Beach, FL 33064

> **Re:   Dominguez et al v. Hernandez et al**
> **Docket Case No. 1:21-cv-07051-MKB-VMS**

Dear Sir/Madam:

    This office represents the Plaintiffs, Jamie Dominguez and JDD Entertainment Inc. in reference to the above U.S. District, Eastern District of New York matter. A Telephonic Initial Conference is scheduled for 5/10/2022 at 11:00 AM before Magistrate Judge Vera M. Scanlon. The parties are to call 877-336-1829 and type in the access code 3581283 for the AT&T conference bridge. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. The parties must complete the attached Joint Proposed Case Management Plan (CMP) and file it on ECF no later than 4/26/2022. Please find attached the full docket and CMP. Feel free to contact my office, should you have any questions.

U.S. Postal Service **Certified Mail Receipt**

ARTICLE NUMBER:  9407 1116 9900 0578 7967 14

ARTICLE ADDRESSED TO:

Murda Management, LLC
4611 N. Federal Hwy, Apt. 139
Pompano Beach FL 33064-6664

FEES
Postage Per Piece
Certified Fee                    $0.53
Total Postage & Fees:      3.75
                   4.28      Postmark
                         Here

Regards,

Franklin S. Montero, Esq.

Stamps Print Receipt



# Receipt

Print Date: Jan 19, 2022

**RETURN TO**

Franklin S. Montero

451 Clifton Avenue

Clifton, NJ 07011

**SHIP TO**

Murda Management

4611 N. Federal Hwy, Apt. 139

Pompano Beach, FL 07011 US

**REFERENCE**

| | |
|---|---|
| Ship Date: | Jan 19, 2022 |
| Ship from ZIP: | 07011 |
| Weight: | 0 lbs. 1 oz. |
| User: | fmontero |
| Cost Code: | <None> |
| Refund Type: | E-refund |
| Reference #: | |
| Printed on: | Shipping label |
| Tracking #: | 00040699000562025968 |

| **SERVICE** | **UNIT PRICE** |
|---|---|
| First Class ® Envelope | $0.53 |
| Tracking | $0.00 |
| Insurance (N/A) | |

| | |
|---|---|
| Subtotal | $0.53 |
| Label Quantity | 1 |
| Total Cost | $0.53 |

# Law Offices of Franklin S. Montero, LLC

451Clifton Avenue
Clifton, New Jersey 07011**

515 Madison Avenue, 6th Floor
New York, NY 10022

*Member of NJ and NY Bars*

Phone:  973-777-8718
Fax:     973-777-1710
E-mail: Montero@FMonterolaw.com
Fsmonterolaw.com

*** Mail Reply to Clifton Office*

January 19, 2022

**VIA U.S. Regular and U.S. Certified Mail**
Will Cornish
15 Henry Street
Bristol, CT 06010

      **Re:**    **Dominguez et al v. Hernandez et al**
             **Docket Case No. 1:21-cv-07051-MKB-VMS**

Dear Mr. Cornish:

    This office represents the Plaintiffs, Jamie Dominguez and JDD Entertainment Inc. in reference to the above U.S. District, Eastern District of New York matter. A Telephonic Initial Conference is scheduled for 5/10/2022 at 11:00 AM before Magistrate Judge Vera M. Scanlon. The parties are to call 877-336-1829 and type in the access code 3581283 for the AT&T conference bridge. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. The parties must complete the attached Joint Proposed Case Management Plan (CMP) and file it on ECF no later than 4/26/2022. Please find attached the full docket and CMP. Feel free to contact my office, should you have any questions.

Regards,

Franklin S. Montero, Esq.

U.S. Postal Service **Certified Mail Receipt**

ARTICLE NUMBER:   9407 1118 9900 0578 7794 24

**ARTICLE ADDRESSED TO:**

**Will Cornish**
**15 Henry Street**
**Bristol CT 06010-6336**

FEES
Postage Per Piece      $0.53
Certified Fee          3.75
Total Postage & Fees:    4.28      **Postmark Here**

Stamps Print Receipt



**UNITED STATES
POSTAL SERVICE**

# Receipt

Print Date: Jan 19, 2022

| **RETURN TO** | **REFERENCE** | |
|---|---|---|
| Franklin S. Montero | Ship Date: | Jan 19, 2022 |
| 451 Clifton Avenue | Ship from ZIP: | 07011 |
| Clifton, NJ 07011 | Weight: | 0 lbs. 1 oz. |
| | User: | fmontero |
| **SHIP TO** | Cost Code: | <None> |
| Will Cornish | Refund Type: | E-refund |
| 15 Henry Street | Reference #: | |
| Bristol, CT 07011 US | Printed on: | Shipping label |
| | Tracking #: | 00040699000562025100 |

| **SERVICE** | **UNIT PRICE** |
|---|---|
| First Class ® Envelope | $0.53 |
| Tracking | $0.00 |
| Insurance (N/A) | |
| | |
| Subtotal | $0.53 |
| Label Quantity | 1 |
| Total Cost | $0.53 |

# Law Offices of Franklin S. Montero, LLC

451 Clifton Avenue
Clifton, New Jersey 07011**

515 Madison Avenue, 6th Floor
New York, NY 10022

*Member of NJ and NY Bars*

Phone:   973-777-8718
Fax:      973-777-1710
E-mail: Montero@FMonterolaw.com
Fsmonterolaw.com

** *Mail Reply to Clifton Office*

January 19, 2022

**VIA U.S. Regular and U.S. Certified Mail**
Daniel Hernandez
3000 Marcus Ave
Suite 1W5
Lake Success, NY 11042

      **Re:**    **Dominguez et al v. Hernandez et al**
              **Docket Case No. 1:21-cv-07051-MKB-VMS**

Dear Mr. Hernandez:

      This office represents the Plaintiffs, Jamie Dominguez and JDD Entertainment Inc. in reference to the above U.S. District, Eastern District of New York matter. A Telephonic Initial Conference is scheduled for 5/10/2022 at 11:00 AM before Magistrate Judge Vera M. Scanlon. The parties are to call 877-336-1829 and type in the access code 3581283 for the AT&T conference bridge. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. The parties must complete the attached Joint Proposed Case Management Plan (CMP) and file it on ECF no later than 4/26/2022. Please find attached the full docket and CMP. Feel free to contact my office, should you have any questions.

**U.S. Postal Service Certified Mail Receipt**

ARTICLE NUMBER:  9407 1116 9900 0578 7710 91

ARTICLE ADDRESSED TO:
Daniel Hernandez
3000 Marcus Ave Suite 1W5
New Hyde Park NY 11042-1007

| FEES | | |
|---|---|---|
| Postage Per Piece | $0.53 | |
| Certified Fee | 3.75 | Postmark |
| Total Postage & Fees: | 4.28 | Here |

Regards,

Franklin S. Montero, Esq.

Stamps Print Receipt

Page 1 of 1



# Receipt

Print Date: Jan 19, 2022

**RETURN TO**

Franklin S. Montero

451 Clifton Avenue

Clifton, NJ 07011

**SHIP TO**

Daniel Hernandez

3000 Marcus Ave Suite 1W5

New Hyde Park, NY 07011 US

| **REFERENCE** | |
|---|---|
| Ship Date: | Jan 19, 2022 |
| Ship from ZIP: | 07011 |
| Weight: | 0 lbs. 1 oz. |
| User: | fmontero |
| Cost Code: | <None> |
| Refund Type: | E-refund |
| Reference #: | |
| Printed on: | Shipping label |
| Tracking #: | 00040699000562025957 |

| **SERVICE** | **UNIT PRICE** |
|---|---|
| First Class ® Envelope | $0.53 |
| Tracking | $0.00 |
| Insurance (N/A) | |

| | |
|---|---|
| Subtotal | $0.53 |
| Label Quantity | 1 |
| Total Cost | $0.53 |

# Law Offices of Franklin S. Montero, LLC

451Clifton Avenue
Clifton, New Jersey 07011**

515 Madison Avenue, 6ᵗʰ Floor
New York, NY 10022

Phone:  973-777-8718
Fax:      973-777-1710
E-mail: Montero@FMonterolaw.com
Fsmonterolaw.com

*Member of NJ and NY Bars*

** *Mail Reply to Clifton Office*

January 19, 2022

**VIA U.S. Regular and U.S. Certified Mail**
6IX9INE Touring Inc.
3000 Marcus Ave, Suite 1W5
Lake Success, NY 11042

      **Re:**    **Dominguez et al v. Hernandez et al
             Docket Case No. 1:21-cv-07051-MKB-VMS**

Dear Sir/Madam:

      This office represents the Plaintiffs, Jamie Dominguez and JDD Entertainment Inc. in reference to the above U.S. District, Eastern District of New York matter. A Telephonic Initial Conference is scheduled for 5/10/2022 at 11:00 AM before Magistrate Judge Vera M. Scanlon. The parties are to call 877-336-1829 and type in the access code 3581283 for the AT&T conference bridge. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. The parties must complete the attached Joint Proposed Case Management Plan (CMP) and file it on ECF no later than 4/26/2022. Please find attached the full docket and CMP. Feel free to contact my office, should you have any qu  ons.

                                               Regards,

| U.S. Postal Service **Certified Mail Receipt** |
| --- |

ARTICLE NUMBER:  9407 1116 9900 0578 7785 71

ARTICLE ADDRESSED TO:

6IX9INE Touring Inc.
3000 Marcus Ave, Suite 1W5
New Hyde Park NY 11042-1007

Franklin S. Montero, Esq.

FEES
Postage Per Piece       $0.53
Certified Fee           3.75
Total Postage & Fees:    4.28    **Postmark
                                Here**

Stamps Print Receipt

Page 1 of 1



# Receipt

Print Date: Jan 19, 2022

**RETURN TO**

Franklin S. Montero

451 Clifton Avenue

Clifton, NJ 07011

**SHIP TO**

6IX9INE Touring Inc.

3000 Marcus Ave, Suite 1W5

New Hyde Park, NY 07011 US

**REFERENCE**

| | |
|---|---|
| Ship Date: | Jan 19, 2022 |
| Ship from ZIP: | 07011 |
| Weight: | 0 lbs. 1 oz. |
| User: | fmontero |
| Cost Code: | <None> |
| Refund Type: | E-refund |
| Reference #: | |
| Printed on: | Shipping label |
| Tracking #: | 00040699000562027526 |

| **SERVICE** | **UNIT PRICE** |
|---|---|
| First Class ® Envelope | $0.53 |
| Tracking | $0.00 |
| Insurance (N/A) | |

| | |
|---|---|
| Subtotal | $0.53 |
| Label Quantity | 1 |
| Total Cost | $0.53 |

# Law Offices of Franklin S. Montero, LLC

451Clifton Avenue
Clifton, New Jersey 07011**

515 Madison Avenue, 6th Floor
New York, NY 10022

Phone:  973-777-8718
Fax:      973-777-1710
E-mail: Montero@FMonterolaw.com
Fsmonterolaw.com

*Member of NJ and NY Bars*

** *Mail Reply to Clifton Office*

January 19, 2022

**VIA U.S. Regular and U.S. Certified Mail**
1st Call Entertainment, LLC
15 Henry Street
Bristol, CT 06010

      Re:   **Dominguez et al v. Hernandez et al**
           **Docket Case No. 1:21-cv-07051-MKB-VMS**

Dear Sir/Madam:

      This office represents the Plaintiffs, Jamie Dominguez and JDD Entertainment Inc. in reference to the above U.S. District, Eastern District of New York matter. A Telephonic Initial Conference is scheduled for 5/10/2022 at 11:00 AM before Magistrate Judge Vera M. Scanlon. The parties are to call 877-336-1829 and type in the access code 3581283 for the AT&T conference bridge. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. The parties must complete the attached Joint Proposed Case Management Plan (CMP) and file it on ECF no later than 4/26/2022. Please find attached the full docket and CMP. Feel free to contact my office, should you have any questions.

Regards,

Franklin S. Montero, Esq.

**U.S. Postal Service Certified Mail Receipt**

ARTICLE NUMBER:   9407 1116 9900 0578 7983 26

ARTICLE ADDRESSED TO:

1st Call Entertainment, LLC
15 Henry Street
Bristol CT 06010-6336

FEES
Postage Per Piece     $0.53
Certified Fee     3.75
Total Postage & Fees:    4.28    Postmark
                               Here

Stamps Print Receipt

Page 1 of 1



# Receipt

Print Date: Jan 19, 2022

**UNITED STATES POSTAL SERVICE**

**RETURN TO**

Franklin S. Montero

451 Clifton Avenue

Clifton, NJ 07011

**SHIP TO**

1st Call Entertainment

15 Henry Street

Bristol, CT 07011 US

**REFERENCE**

| | |
|---|---|
| Ship Date: | Jan 19, 2022 |
| Ship from ZIP: | 07011 |
| Weight: | 0 lbs. 1 oz. |
| User: | fmontero |
| Cost Code: | <None> |
| Refund Type: | E-refund |
| Reference #: | |
| Printed on: | Shipping label |
| Tracking #: | 00040699000562025086 |

| SERVICE | UNIT PRICE |
|---|---|
| First Class ® Envelope | $0.53 |
| Tracking | $0.00 |
| Insurance (N/A) | |

| | |
|---|---|
| Subtotal | $0.53 |
| Label Quantity | 1 |
| Total Cost | $0.53 |

Case 1:21-cv-07051-MKB-VMS   Document 21   Filed 10/04/22   Page 38 of 74 PageID #: 178

1/19/22, 3:41 PM  Case 1:21-cv-07051-MKB-VMS   Document 6   Filed 03/22/22   Page 14 of 16 PageID #: 37
                  Eastern District of New York - LIVE Database 1.6 (Revision 6.3.2)

ACO

# U.S. District Court
## Eastern District of New York (Brooklyn)
## CIVIL DOCKET FOR CASE #: 1:21-cv-07051-MKB-VMS

| | |
|---|---|
| Dominguez et al v. Hernandez et al | Date Filed: 12/21/2021 |
| Assigned to: Chief Judge Margo K. Brodie | Jury Demand: None |
| Referred to: Magistrate Judge Vera M. Scanlon | Nature of Suit: 190 Contract: Other |
| Cause: 28:1332 Diversity-Contract Dispute | Jurisdiction: Diversity |

**Plaintiff**

**Jamie Dominguez**                                    represented by **Franklin Santiago Montero**
                                                       Law Offices of Franklin S. Montero, LLC
                                                       451 Clifton Avenue
                                                       07011
                                                       Clifton, NJ 07011
                                                       973-777-8718
                                                       Fax: 973-777-1710
                                                       Email: montero@fmonterolaw.com
                                                       *ATTORNEY TO BE NOTICED*

**Plaintiff**

**JDD Entertainment Inc.**                             represented by **Franklin Santiago Montero**
                                                       (See above for address)
                                                       *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Daniel Hernandez**
*also known as*
Tekashi 69

**Defendant**

**Will Cornish**

**Defendant**

**6IX9INE Touring Inc.**

**Defendant**

**1st Call Entertainment LLC**

**Defendant**

**Murda Management, LLC**

| Date Filed | # | Docket Text |
|---|---|---|
| 12/21/2021 | 1 | COMPLAINT against All Defendants filing fee $ 402, receipt number CNYEDC-15137100 Was the Disclosure Statement on Civil Cover Sheet completed -yes,, filed by Jamie |

| | | Dominguez, JDD Entertainment Inc.. (Attachments: # 1 Civil Cover Sheet, # 2 Proposed Summons) (Montero, Franklin) (Entered: 12/21/2021) |
|---|---|---|
| 12/21/2021 | | Case Assigned to Chief Judge Margo K. Brodie and Magistrate Judge Vera M. Scanlon. Please download and review the Individual Practices of the assigned Judges, located on our website. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. (Bowens, Priscilla) (Entered: 12/22/2021) |
| 12/22/2021 | 2 | Summons Issued as to All Defendants. (Bowens, Priscilla) (Entered: 12/22/2021) |
| 12/22/2021 | 3 | In accordance with Rule 73 of the Federal Rules of Civil Procedure and Local Rule 73.1, the parties are notified that *if* all parties consent a United States magistrate judge of this court is available to conduct all proceedings in this civil action including a (jury or nonjury) trial and to order the entry of a final judgment. Attached to the Notice is a blank copy of the consent form that should be filled out, signed and filed electronically **only if all** parties wish to consent. The form may also be accessed at the following link: http://www.uscourts.gov/uscourts/FormsAndFees/Forms/AO085.pdf. **You may withhold your consent without adverse substantive consequences. Do NOT return or file the consent unless all parties have signed the consent.** (Bowens, Priscilla) (Entered: 12/22/2021) |
| 12/22/2021 | 4 | This attorney case opening filing has been checked for quality control. See the attachment for corrections that were made, if any. (Bowens, Priscilla) (Entered: 12/22/2021) |
| 01/19/2022 | 5 | SCHEDULING ORDER: A Telephonic Initial Conference is scheduled for 5/10/2022 at 11:00 AM before Magistrate Judge Vera M. Scanlon. The parties are to call 877-336-1829 and type in the access code 3581283 for the AT&T conference bridge. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. The parties must complete the attached Joint Proposed Case Management Plan (CMP) and file it on ECF no later than 4/26/2022. In addition to appearing parties' submission of the CMP as directed herein, in the event that any Defendant(s) has not answered or otherwise appeared, Plaintiff(s) must also mail a copy of this Order, its attachment and the full docket to the last known mailing address(es) for such Defendant(s) and file proof on ECF by the CMP filing date. Ordered by Magistrate Judge Vera M. Scanlon on 1/19/2022. (Quinlan, Krista) (Entered: 01/19/2022) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 01/19/2022 15:37:09 | | |
| **PACER Login:** | Fmontero | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:21-cv-07051-MKB-VMS |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x

|  |  |
|---|---|
| Plaintiff(s), | **JOINT PROPOSED** |
| | **CIVIL CASE MANAGEMENT PLAN** |
| -against- | |
| | Civ.        (      ) (VMS) |
| Defendant(s). | |

-------------------------------------------------------------- x

**The parties/counsel who conferred in drafting this joint proposed case management plan:**

For Plaintiff(s):

For Defendant(s):

A. Do the parties request referral to the Court's ADR program?   Yes: ☐   No: ☐

B. Do the parties consent to proceed before a Magistrate Judge pursuant to 28 U.S.C. § 636(c)?
   Yes: ☐   If yes, fill out the AO 85 Notice, Consent and Reference of a Civil Action to a
   Magistrate Judge Form and file it on ECF. https://www.uscourts.gov/forms/civil-
   forms/notice-consent-and-reference-civil-action-magistrate-judge.

   No: ☐   If no, do not indicate which party declines consent.

C. The parties may wish to engage in settlement discussions.
   If so, Plaintiff(s) will serve demand by                    . Defendant(s) will respond by

D. Defendant(s) will answer or otherwise respond to complaint by                    , if not yet done.

   The parties will serve Rule 26(a)(1) initial disclosures by                    , if not yet done.

   The parties will serve initial document requests and interrogatories on or before                    .

   Any joinder and/or amendments of the pleadings must be made by                    .

   The parties will complete fact discovery by                    .

   If the parties perform expert discovery, they will serve initial disclosures by                    ;
   initial expert reports by                    ; and rebuttal expert reports on or before                    .
   All discovery, including expert depositions, will be completed by                    , and the parties
   will file a joint letter certifying the close of all discovery by this same date.

   Other considerations the parties wish to bring to the Court's attention, such as the need for
   electronic discovery or confidentiality order:

# **Exhibit C**

**FRANKLIN S. MONTERO, ESQ. - EDNY No. FM-2557**
**THE LAW OFFICES OF FRANKLIN S. MONTERO, LLC**
451 Clifton Avenue
Clifton, NJ 07011
Tel: (973) 777-8718
Fax: (973) 777-1710
Email: montero@fmonterolaw.com
Attorney for the Plaintiff(s)

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAIME DOMINGUEZ; JJD ENTERTAINMENT, INC., | Civil Action |
| Plaintiff(s), | **AFFIRMATION OF SERVICE** |
| vs. | **Case No. 1:21-cv-07051-MKB-VMS** |
| DANIEL HERNANDEZ, a/k/a TEKASHI 69; Will Cornish; 6IX9INE TOURING INC.; 1ST CALL MGMT.; MURDA MGMT, LLC, | |
| Defendant(s). | |

I, Franklin S. Montero, Esq. of full age, declare under penalty of perjury to the following:

1. I represent the plaintiff(s), Jamie Dominguez and JDD Entertainment Inc., in the above-named matter. I am an attorney at law of the State of New York and as such, I make this Affirmation based upon personal knowledge.

2. I have served a copy of the Motion for Default Judgement and Affirmation in Support of Motion for Default Judgement upon all defendant(s) referenced above by way of the following:

    a. **Murda Management LLC**
       Address: 4611 N. Federal Hwy, Apt. 139, Pompano Beach, FL 33064
       Via Process Server Guaranteed Subpoena Service Inc.

    b. **Will Cornish**
       Address: 15 Henry Street, Bristol, CT 06010
       Via Process Server Guaranteed Subpoena Service Inc.

    c. **Daniel Hernandez a/k/a Tekashi 69**
       - Address: 3000 Marcus Ave. Suite 1WF, New Hyde Park, NY 11042

Via U.S. Certified Mail Tracking No. 9407 1111 0803 3442 3098 71
- Address: C/O Secretary of State: 99 Washinton Ave, Albany, NY 12231
Via Process Server Guaranteed Subpoena Service Inc.

d. **6IX9INE Touring Inc.**
- Address: 3000 Marcus Ave. Suite 1WF, New Hyde Park, NY 11042
Via U.S. Certified Mail Tracking No. 9407 1111 0803 3442 3053 16
- Address: C/O Secretary of State: 99 Washinton Ave, Albany, NY 12231
Via Process Server Guaranteed Subpoena Service Inc.

e. **1st Call Entertainment, LLC**
Address: 15 Henry Street, Bristol, CT 06010
Via Process Server Guaranteed Subpoena Service Inc.

f. **LL Business Management (Attn: Justin Kobay)**
- Address: 3000 Marcus Ave. Suite 1WF, New Hyde Park, NY 11042
Via U.S. Certified Mail Tracking No. 9407 1111 0803 3442 3085 84
- Address: C/O Secretary of State: 99 Washinton Ave, Albany, NY 12231
Via Process Server Guaranteed Subpoena Service Inc.

I certify that the foregoing statements made by me are true and correct. I am aware that if any of the foregoing statements made by me are knowingly false, I am subject to punishment.

Date: July 18, 2022

FRANKLIN S. MONTERO, ESQ.
Attorney For JAMIE DOMINGUEZ; JJD
ENTERTAINMENT, INC.
451 Clifton Avenue
Clifton, NJ 07011
Phone: (973) 777-8718
Email: montero@fmonterolaw.com

**U.S. Postal Service Certified Mail Receipt**

ARTICLE NUMBER:   9407 1111 0803 3442 3098 71

ARTICLE ADDRESSED TO:

DANIEL HERNANDEZ, A/K/A TEKASHI 69
3000 MARCUS AVE STE 1W5
NEW HYDE PARK NY 11042-1007

FEES
Postage Per Piece            $0.81
Certified Fee                 4.00
Total Postage & Fees:         4.81      **Postmark**
                                        **Here**

**U.S. Postal Service Certified Mail Receipt**

ARTICLE NUMBER:   9407 1111 0803 3442 3053 16

ARTICLE ADDRESSED TO:

6IX9INE TOURING INC.
3000 MARCUS AVE STE 1W5
NEW HYDE PARK NY 11042-1007

FEES
Postage Per Piece            $0.81
Certified Fee                 4.00
Total Postage & Fees:         4.81      **Postmark**
                                        **Here**

**U.S. Postal Service Certified Mail Receipt**

ARTICLE NUMBER:   9407 1111 0803 3442 3085 84

ARTICLE ADDRESSED TO:

LL BUSINESS MANAGEMENT
(Attn: Justin Kobay)
3000 MARCUS AVE STE 1W5
NEW HYDE PARK NY 11042-1007

FEES
Postage Per Piece            $0.81
Certified Fee                 4.00
Total Postage & Fees:         4.81      **Postmark**
                                        **Here**

Stamps Print Receipt



# Receipt

Print Date: Jul 21, 2022

**RETURN TO**

FRANKLIN S. MONTERO ESQ.

451 CLIFTON AVE

CLIFTON, NJ 07011

**SHIP TO**

DANIEL HERNANDEZ

3000 MARCUS AVE STE 1W5

NEW HYDE PARK, NY 11042 US

**REFERENCE**

| | |
|---|---|
| Ship Date: | Jul 19, 2022 |
| Ship from ZIP: | 07011 |
| Weight: | 0 lbs. 2 oz. |
| User: | fmontero |
| Cost Code: | <None> |
| Refund Type: | E-refund |
| Reference #: | |
| Printed on: | Shipping label |
| Tracking #: | 9407111108033442309871 |
| Carrier Acceptance Date: | Jul 20, 2022 |

| SERVICE | UNIT PRICE |
|---|---|
| First Class ® Envelope | $0.81 |
| Tracking | $0.00 |
| Insurance (N/A) | |
| Certified Mail Cost | $4.00 |

| | |
|---|---|
| Subtotal | $4.81 |
| Label Quantity | 1 |
| Total Cost | $4.81 |



# Receipt

Print Date: Jul 21, 2022

**RETURN TO**

FRANKLIN S. MONTERO ESQ.

451 CLIFTON AVE

CLIFTON, NJ 07011

**SHIP TO**

6IX9INE TOURING INC.

3000 MARCUS AVE STE 1W5

NEW HYDE PARK, NY 11042 US

**REFERENCE**

| | |
|---|---|
| Ship Date: | Jul 19, 2022 |
| Ship from ZIP: | 07011 |
| Weight: | 0 lbs. 2 oz. |
| User: | fmontero |
| Cost Code: | <None> |
| Refund Type: | E-refund |
| Reference #: | |
| Printed on: | Shipping label |
| Tracking #: | 9407111108033442305316 |
| Carrier Acceptance Date: | Jul 20, 2022 |

| SERVICE | UNIT PRICE |
|---|---|
| First Class ® Envelope | $0.81 |
| Tracking | $0.00 |
| Insurance (N/A) | |
| Certified Mail Cost | $4.00 |
| | |
| Subtotal | $4.81 |
| Label Quantity | 1 |
| Total Cost | $4.81 |

Stamps Print Receipt                                                                 Page 1 of 2



**UNITED STATES POSTAL SERVICE**

# Receipt

Print Date: Jul 21, 2022

**RETURN TO**

FRANKLIN S. MONTERO ESQ.

451 CLIFTON AVE

CLIFTON, NJ 07011

**SHIP TO**

LL BUSINESS MANAGEMENT

3000 MARCUS AVE STE 1W5

NEW HYDE PARK, NY 11042 US

**REFERENCE**

| | |
|---|---|
| Ship Date: | Jul 19, 2022 |
| Ship from ZIP: | 07011 |
| Weight: | 0 lbs. 2 oz. |
| User: | fmontero |
| Cost Code: | <None> |
| Refund Type: | E-refund |
| Reference #: | |
| Printed on: | Shipping label |
| Tracking #: | 9407111108033442308584 |
| Carrier Acceptance Date: | Jul 20, 2022 |

| **SERVICE** | **UNIT PRICE** |
|---|---|
| First Class ® Envelope | $0.81 |
| Tracking | $0.00 |
| Insurance (N/A) | |
| Certified Mail Cost | $4.00 |
| | Subtotal | $4.81 |
| | Label Quantity | 1 |
| | Total Cost | $4.81 |

Guaranteed Subpoena Service, Inc.
P.O. Box 2248 - UNION, NJ 07083
Phone: (908) 687-0056   Toll free: (800) 672-1952
Fax: (908) 688-0885 Tax ID 22-2393485
Web: www.Served.com   -   Email: Info@Served.com

Your Process   **20220719164604**   Has Been
SUCCESSFULLY SERVED!

| | |
|---|---|
| Served Upon: | **6IX9INE TOURING INC. C/O NEW YORK SECRETARY OF STATE** |
| Served Date/Time: | **7/20/2022 9:00:00 AM** |
| Service Type: | |
| Accepted By: | |
| Relationship/Title: | |
| Description: | Sex: Age: Height: Weight: |
| | Skin: Hair: Other: |

| | |
|---|---|
| Location: | |
| At Address: | **ONCE COMMERCE PLAZA  99 WASHINGTON AVENUE** |
| | **ALBANY  NY 12231** |
| In the Case/Docket: | **1 21 CV 07051 MKB VMS**   Claim: |
| Plaintiff: | **JAIME DOMINGUEZ, ET AL** |
| Defendant: | **DANIEL HERNANDEZ, A/K/A TEK ASHI 69, ET AL** |
| Attorney: | **FRANKLIN S. MONTERO, ESQ.** |
| Phone/Fax/Email: | **9737778718  9737771710** |
| Firm: | **LAW OFFICES OF FRANKLIN S. MONTERO, LLC** |
| | **451 CLIFTON AVENUE** |
| | **CLIFTON  NJ  07011** |

The proof of service, the affidavit of process server or the acknowledgement of service will be arriving
by first class mail in the next few days.

## www.SERVED.com

Visit us on the web to get the latest status of your process, request services, make a payment and
more!
Your firm ID is: **LA090349**

# ARE WE FILING THIS AFFIDAVIT
## IN ACCORDANCE WITH RULE 4:4-7?
## WE WILL DO IT AUTOMATICALLY FOR $9.99
## FAMILY - CHANCERY - PROBATE

Case 1:21-cv-07051-MKB-VMS   Document 21   Filed 10/04/22   Page 49 of 74 PageID #: 189

Case 1:21-cv-07051-MKB-VMS   Document 11-2   Filed 07/21/22   Page 8 of 12 PageID #: 101
Fax Server                                                        7/20/2022 12:15:52   PM PAGE   8/012   Fax Server

Guaranteed Subpoena Service, Inc.
P.O. Box 2248 - UNION, NJ 07083
Phone: (908) 687-0056   Toll free: (800) 672-1952
Fax: (908) 688-0885 Tax ID 22-2393485
Web: www.Served.com   -   Email: Info@Served.com

Your Process   **20220719164735**   Has Been
SUCCESSFULLY SERVED!

| | |
|---|---|
| Served Upon: | **LL BUSINESS MANAGEMENT, (ATTN: JUSTIN KOBAY) C/O NEW YORK SECRETARY OF STATE** |
| Served Date/Time: | **7/20/2022 9:00:00 AM** |
| Service Type: | |
| Accepted By: | |
| Relationship/Title: | |
| Description: | Sex:  Age:  Height:  Weight: |
| | Skin:  Hair:  Other: |

| | |
|---|---|
| Location: | |
| At Address: | **ONCE COMMERCE PLAZA  99 WASHINGTON AVENUE ALBANY  NY  12231** |
| In the Case/Docket: | **1 21 CV 07051 MKB VMS**   Claim: |
| Plaintiff: | **JAIME DOMINGUEZ, ET AL** |
| Defendant: | **DANIEL HERNANDEZ, A/K/A TEK ASHI 69, ET AL** |
| Attorney: | **FRANKLIN S. MONTERO, ESQ.** |
| Phone/Fax/Email: | **9737778718  9737771710** |
| Firm: | **LAW OFFICES OF FRANKLIN S. MONTERO, LLC 451 CLIFTON AVENUE CLIFTON  NJ  07011** |

The proof of service, the affidavit of process server or the acknowledgement of service will be arriving
by first class mail in the next few days.
## www.SERVED.com
Visit us on the web to get the latest status of your process, request services, make a payment and
more!
Your firm ID is: **LA090349**

# ARE WE FILING THIS AFFIDAVIT
## IN ACCORDANCE WITH RULE 4:4-7?
## WE WILL DO IT AUTOMATICALLY FOR $9.99
## FAMILY - CHANCERY - PROBATE

Guaranteed Subpoena Service, Inc.
P.O. Box 2248 - UNION, NJ 07083
Phone: (908) 687-0056   Toll free: (800) 672-1952
Fax: (908) 688-0885 Tax ID 22-2393485
Web: www.Served.com   -   Email: Info@Served.com

Your Process   **20220719164413**   Has Been
SUCCESSFULLY SERVED!

| | |
|---|---|
| Served Upon: | **DANIEL HERNANDEZ, A/K/A TEK ASHI 69 C/O NEW YORK SECRETARY OF STATE** |
| Served Date/Time: | **7/20/2022 9:00:00 AM** |
| Service Type: | |
| Accepted By: | |
| Relationship/Title: | |
| Description: | Sex:  Age:  Height:  Weight: |
| | Skin:  Hair:  Other: |

| | |
|---|---|
| Location: | |
| At Address: | **ONCE COMMERCE PLAZA  99 WASHINGTON AVENUE ALBANY NY 12231** |
| In the Case/Docket: | **1 21 CV 07051 MKB VMS**   Claim: |
| Plaintiff: | **JAIME DOMINGUEZ, ET AL** |
| Defendant: | **DANIEL HERNANDEZ, A/K/A TEK ASHI 69, ET AL** |
| Attorney: | **FRANKLIN S. MONTERO, ESQ.** |
| Phone/Fax/Email: | **9737778718  9737771710** |
| Firm: | **LAW OFFICES OF FRANKLIN S. MONTERO, LLC 451 CLIFTON AVENUE CLIFTON NJ 07011** |

The proof of service, the affidavit of process server or the acknowledgement of service will be arriving
by first class mail in the next few days.

# www.SERVED.com

Visit us on the web to get the latest status of your process, request services, make a payment and
more!
Your firm ID is: **LA090349**

# ARE WE FILING THIS AFFIDAVIT
## IN ACCORDANCE WITH RULE 4:4-7?
## WE WILL DO IT AUTOMATICALLY FOR $9.99
## FAMILY - CHANCERY - PROBATE

Case 1:21-cv-07051-MKB-VMS   Document 11-2   Filed 07/21/22   Page 10 of 32 PageID #: 103

GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE - UNION, NJ 07083
**www.Served.com**
Phone: (908) 687-0056     Fax: (908) 688-0885     E-mail: Info@Served.com

# WE HAVE RECEIVED YOUR PROCESS# 20220719164342

From:   OPERATIONS MANAGER - GUARANTEED SUBPOENA SERVICE
Attn:    FRANKLIN S. MONTERO, ESQ.
Re:     PROCESS RECEIVED - This fax/email initiated on 7/19/2022 4:44:11 PM
To:     LAW OFFICES OF FRANKLIN S. MONTERO, LLC
         451 CLIFTON AVENUE  - CLIFTON NJ 07011
         Phone: 9737778718   Fax: 9737771710   E-mail:

Dear FRANKLIN S. MONTERO, ESQ.,

Your process has been received and has been assigned the following reference number: 20220719164342
This number represents a fourteen digit unique ID that indicates the year, month, day, hours, minutes and seconds when
your process has been entered into our computer system. Please use this number when you contact our office regarding any
issues pertaining to this process. Please verify all information below, and contact us with any corrections if needed:

| | |
|---|---|
| GSS#: | **20220719164342** |
| PLAINTIFF: | **JAIME DOMINGUEZ, ET AL** |
| vs: | |
| DEFENDANT: | **DANIEL HERNANDEZ, A/K/A TEK ASHI 69, ET AL** |
| DOCKET#: | **1 21 CV 07051 MKB VMS** |
| CLAIM#: | |
| PROCESS TO BE SERVED: | **MOTION FOR DEFAULT JUDGEMENT, AFFIRMATION IN SUPPORT, AFFIRMATION OF SERVICE** |
| ENTITY TO BE SERVED: | **WILL CORNISH** |
| SERVING **HOME** ADDRESS: | **15 HENRY STREET  BRISTOL CT 06010** |
| COURT DATE: | |
| DUE DATE: | **7/26/2022** |

Now you can CHECK THE STATUS of your process at www.SERVED.com with your Firm ID: **LA090349**

- We can file your Proof of Service in accordance with Rule 4:4-7 for only **$9.99** -

Should you notice any errors, please fax any corrections to (908) 688-0885 or email us at: Info@Served.com
Please include document# **20220719164342**

GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE - UNION, NJ 07083
## www.Served.com
Phone: (908) 687-0056     Fax: (908) 688-0885     E-mail: Info@Served.com

# WE HAVE RECEIVED YOUR PROCESS# 20220719164225

From:   OPERATIONS MANAGER - GUARANTEED SUBPOENA SERVICE
Attn:   FRANKLIN S. MONTERO, ESQ.
Re:     PROCESS RECEIVED - This fax/email initiated on 7/19/2022 4:43:40 PM
To:     LAW OFFICES OF FRANKLIN S. MONTERO, LLC
        451 CLIFTON AVENUE  - CLIFTON NJ 07011
        Phone: 9737778718   Fax: 9737771710   E-mail:

Dear FRANKLIN S. MONTERO, ESQ.,

Your process has been received and has been assigned the following reference number: 20220719164225
This number represents a fourteen digit unique ID that indicates the year, month, day, hours, minutes and seconds when
your process has been entered into our computer system. Please use this number when you contact our office regarding any
issues pertaining to this process. Please verify all information below, and contact us with any corrections if needed:

| | |
|---|---|
| GSS#: | **20220719164225** |
| PLAINTIFF: | **JAIME DOMINGUEZ, ET AL** |
| vs: | |
| DEFENDANT: | **DANIEL HERNANDEZ, A/K/A TEK ASHI 69, ET AL** |
| DOCKET#: | **1 21 CV 07051 MKB VMS** |
| CLAIM#: | |
| PROCESS TO BE SERVED: | **MOTION FOR DEFAULT JUDGEMENT, AFFIRMATION IN SUPPORT, AFFIRMATION OF SERVICE** |
| ENTITY TO BE SERVED: | **MURDA MANAGEMENT, LLC** |
| SERVING HOME ADDRESS: | **4611 N. FEDERAL HWY,  APT. 139 POMPANO BEACH FL 33064** |
| COURT DATE: | |
| DUE DATE: | **7/26/2022** |

Now you can CHECK THE STATUS of your process at www.SERVED.com with your Firm ID: **LA090349**

- We can file your Proof of Service in accordance with Rule 4:4-7 for only **$9.99** -

Should you notice any errors, please fax any corrections to (908) 688-0885 or email us at: Info@Served.com
Please include document# **20220719164225**

GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE - UNION, NJ 07083
**www.Served.com**
Phone: (908) 687-0056    Fax: (908) 688-0885    E-mail: Info@Served.com

# WE HAVE RECEIVED YOUR PROCESS# 20220719164826

From:    OPERATIONS MANAGER - GUARANTEED SUBPOENA SERVICE
Attn:    FRANKLIN S. MONTERO, ESQ.
Re:      PROCESS RECEIVED - This fax/email initiated on 7/19/2022 4:49:00 PM
To:      LAW OFFICES OF FRANKLIN S. MONTERO, LLC
         451 CLIFTON AVENUE - CLIFTON NJ 07011
         Phone: 9737778718   Fax: 9737771710   E-mail:

Dear FRANKLIN S. MONTERO, ESQ.,

Your process has been received and has been assigned the following reference number: 20220719164826
This number represents a fourteen digit unique ID that indicates the year, month, day, hours, minutes and seconds when
your process has been entered into our computer system. Please use this number when you contact our office regarding any
issues pertaining to this process. Please verify all information below, and contact us with any corrections if needed:

| | |
|---|---|
| GSS#: | **20220719164826** |
| PLAINTIFF: | **JAIME DOMINGUEZ, ET AL** |
| vs: | |
| DEFENDANT: | **DANIEL HERNANDEZ, A/K/A TEK ASHI 69, ET AL** |
| DOCKET#: | **1 21 CV 07051 MKB VMS** |
| CLAIM#: | |
| PROCESS TO BE SERVED: | **MOTION FOR DEFAULT JUDGEMENT, AFFIRMATION IN SUPPORT, AFFIRMATION OF SERVICE** |
| ENTITY TO BE SERVED: | **1ST CALL ENTERTAINMENT LLC.** |
| SERVING **BUSINESS** **ADDRESS:** | **15 HENRY STREET  BRISTOL CT 06010** |
| COURT DATE: | |
| DUE DATE: | **7/26/2022** |

Now you can CHECK THE STATUS of your process at www.SERVED.com with your Firm ID: **LA090349**

- We can file your Proof of Service in accordance with Rule 4:4-7 for only **$9.99** -

Should you notice any errors, please fax any corrections to (908) 688-0885 or email us at: Info@Served.com
Please include document# **20220719164826**

# USPS Tracking®

**FAQs >**

**Tracking Number:**

**Remove ✕**

# 9407111108033442309871

Copy      Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 11:58 am on July 22, 2022 in NEW HYDE PARK, NY 11042.

## Delivered
**Delivered, Front Desk/Reception/Mail Room**

NEW HYDE PARK, NY 11042
July 22, 2022, 11:58 am

**See All Tracking History**

| Text & Email Updates | ⌄ |
|---|---|

| USPS Tracking Plus® | ⌄ |
|---|---|

| Product Information | ⌄ |
|---|---|

**See Less ⌃**

Track Another Package

Enter tracking or barcode numbers

# USPS Tracking®

FAQs >

**Remove** ✕

**Tracking Number:**

## 94071111080033442305316

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 11:58 am on July 22, 2022 in NEW HYDE PARK, NY 11042.

## Delivered

**Delivered, Front Desk/Reception/Mail Room**

NEW HYDE PARK, NY 11042
July 22, 2022, 11:58 am

**See All Tracking History**

---

**Text & Email Updates**                                               ⌄

---

**USPS Tracking Plus®**                                                ⌄

---

**Product Information**                                                ⌄

**See Less** ⌃

---

Track Another Package

Enter tracking or barcode numbers

# USPS Tracking®

**FAQs** >

**Tracking Number:**                                                          **Remove** ✕

# 9407111108033442308584

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 11:58 am on July 22, 2022 in NEW HYDE PARK, NY 11042.

## Delivered

**Delivered, Front Desk/Reception/Mail Room**

NEW HYDE PARK, NY 11042
July 22, 2022, 11:58 am

**See All Tracking History**

| Text & Email Updates | ⌄ |
|---|---|

| USPS Tracking Plus® | ⌄ |
|---|---|

| Product Information | ⌄ |
|---|---|

**See Less** ∧

Track Another Package

Enter tracking or barcode numbers

# **Exhibit D**

**FRANKLIN S. MONTERO, ESQ. - EDNY No. FM-2557**
**THE LAW OFFICES OF FRANKLIN S. MONTERO, LLC**
451 Clifton Avenue
Clifton, NJ 07011
Tel: (973) 777-8718
Fax: (973) 777-1710
Email: montero@fmonterolaw.com
Attorney for the Plaintiff(s)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAIME DOMINGUEZ; JJD ENTERTAINMENT, INC., <br><br> Plaintiff(s), <br><br> vs. <br><br> DANIEL HERNANDEZ, a/k/a TEKASHI 69; Will Cornish; 6IX9INE TOURING INC.; 1ST CALL MGMT.; MURDA MGMT, LLC, <br><br> Defendant(s). | Civil Action <br><br> **AFFIRMATION OF SERVICE** <br><br> **Case No. 1:21-cv-07051-MKB-VMS** |

I, Franklin S. Montero, Esq. of full age, declare under penalty of perjury to the following:

1. I represent the plaintiff(s), Jamie Dominguez and JDD Entertainment Inc., in the above-named matter. I am an attorney at law of the State of New York and as such, I make this Affirmation based upon personal knowledge.
2. I have sent a copy of the Notice to Defendant upon all defendant(s) referenced above by way of the following (***see attachments***):
   a. **Murda Management LLC**
      Address: 4611 N. Federal Hwy, Apt. 139, Pompano Beach, FL 33064
      **Via Process Server Guaranteed Subpoena Service Inc. (*Pending Service by August 1, 2022*)**
   b. **Will Cornish**
      Address: 15 Henry Street, Bristol, CT 06010
      **Via Process Server Guaranteed Subpoena Service Inc. (*Pending Service by August 1, 2022*)**
   c. **Daniel Hernandez a/k/a Tekashi 69**

- Address: 3000 Marcus Ave. Suite 1WF, New Hyde Park, NY 11042
  **Served via U.S. Certified Mail Tracking No. 9407 1111 0803 3478 3519 50 on July 28, 2022**.
- Address: C/O Secretary of State: 99 Washinton Ave, Albany, NY 12231
  **Served via Process Server Guaranteed Subpoena Service Inc. on July 27, 2022.**

   d.  **6IX9INE Touring Inc.**
- Address: 3000 Marcus Ave. Suite 1WF, New Hyde Park, NY 11042
  **Served via U.S. Certified Mail Tracking No.  9407 1111 0803 3478 3664 97 on July 28, 2022.**
- Address: C/O Secretary of State: 99 Washinton Ave, Albany, NY 12231
  **Served via Process Server Guaranteed Subpoena Service Inc. on July 27, 2022.**

   e.  **1st Call Entertainment, LLC**
  Address: 15 Henry Street, Bristol, CT 06010
  **Via Process Server Guaranteed Subpoena Service Inc. (*Pending Service by August 1, 2022*)**

   f.  **LL Business Management (Attn: Justin Kobay)**
- Address: 3000 Marcus Ave. Suite 1WF, New Hyde Park, NY 11042
  **Served via U.S. Certified Mail Tracking No. 9407 1111 0803 3478 3851 77 on July 28, 2022.**
- Address: C/O Secretary of State: 99 Washinton Ave, Albany, NY 12231
  **Served via Process Server Guaranteed Subpoena Service Inc. on July 27, 2022.**

I certify that the foregoing statements made by me are true and correct. I am aware that if any of the foregoing statements made by me are knowingly false, I am subject to punishment.

Date: July 29, 2022

FRANKLIN S. MONTERO, ESQ.
Attorney For JAMIE DOMINGUEZ; JJD
ENTERTAINMENT, INC.
451 Clifton Avenue
Clifton, NJ 07011
Phone: (973) 777-8718
Email: montero@fmonterolaw.com

# <u>Notice to Defendant</u>

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------- x

JAMIE DOMINGUEZ and JDD
ENTERTAINMENT INC.,

         Plaintiff,[1]

    -against-

DANIEL HERNANDEZ a/k/a TEKASHI 69,
WILL CORNISH, 6IX9INE TOURING INC., 1ST
CALL ENTERTAINMENT LLC and MURDA
MANAGEMENT, LLC,

         Defendants.

-------------------------------------------------------------- x

**NOTICE TO DEFENDANT**

21 Civ. 7051
(MKB) (VMS)

Telephone Hearing:

Date: August 25, 2022
Time: 2:30 PM
Dial-In: (877) 336-1829
Access Code: 3581283

**Vera M. Scanlon, United States Magistrate Judge:**

Plaintiff has started a lawsuit in this Court that names you as a Defendant. See ECF No. 1. A copy of Plaintiff's complaint is enclosed. It contains information about Plaintiff's allegations against you and the relief that Plaintiff seeks from you.

Plaintiff claims that you have received written notice of this lawsuit. You are receiving this notice because you have not answered or otherwise responded to the Court about Plaintiff's allegations.

Plaintiff has requested the Court enter a default judgment against you. Stated differently, Plaintiff has requested that the Court conclude (1) that you do not oppose Plaintiff's allegations, or disagree with Plaintiff's claims, and (2) that Plaintiff is entitled to a judgment for the relief requested in Plaintiff's complaint.

If you continue to fail to participate, the Court may grant Plaintiff's request and enter default judgment against you.

A judgment is a public record with potential consequences. For example, if you do not pay a judgment awarding Plaintiff monetary damages, Plaintiff may be allowed to enforce an unpaid judgment through methods such as attachment, imposition of a lien or garnishment. As another example, if you do not comply with a judgment requiring that you take or refrain from taking specified action(s), Plaintiff may commence contempt proceedings against you seeking financial or even more serious sanctions.

The Court has scheduled a Telephone Conference on August 25, 2022, at 2:30 PM to

---

[1] If there is more than one Plaintiff or Defendant, the singular reference to Plaintiff or Defendant includes the plural. Any reference to Plaintiff includes opt-ins who file to join the action before a court-approved opt-in notice is issued, whether the complaint has been amended to add them to the caption or not.

discuss what will happen next in Plaintiff's lawsuit against you. You may participate in the conference by calling 877-336-1829 and typing in the access code 3581283 for the AT&T conference bridge. You may also have a lawyer appear for you.  If you are a corporate defendant, you should have a lawyer appear for you, but may appear at the appearance noticed herein without one to state your intentions with respect to retaining counsel.

On or before August 16, 2022, if you would like to inform the Court and Plaintiff of your views, including as to whether you received notice about the lawsuit prior to this notice, or what your factual and legal objections to Plaintiff's claims are, you may send a letter or statement to the Court and to Plaintiff's counsel.  You will find Plaintiff's counsel's contact information on the enclosed case docket sheet. Any letter or statement to the Court should clearly identify the case name and number from the caption of this notice and can be mailed or delivered to:

> United States District Court for the Eastern District of New York
> Attn: Clerk's Office / U.S.M.J. Scanlon
> 225 Cadman Plaza East
> Brooklyn, New York 11201.

Dated: Brooklyn, New York
      July 25, 2022

*Vera M. Scanlon*
VERA M. SCANLON
United States Magistrate Judge

## Service by Guaranteed Subpoena

Guaranteed Subpoena Service, Inc.
P.O. Box 2248 - UNION, NJ 07083
Phone: (908) 687-0056   Toll free: (800) 672-1952
Fax: (908) 688-0885 Tax ID 22-2393485
Web: www.Served.com   -   Email: Info@Served.com

Your Process  **20220725140106**  Has Been
SUCCESSFULLY SERVED!

| | |
|---|---|
| Served Upon: | **DANIEL HERNANDEZ, A/K/A TEK ASHI 69 C/O SECRETARY OF STATE** |
| Served Date/Time: | **7/27/2022 9:00:00 AM** |
| Service Type: | |
| Accepted By: | |
| Relationship/Title: | |
| Description: | Sex: Age: Height: Weight: |
| | Skin: Hair: Other: |

| | |
|---|---|
| Location: | |
| At Address: | **99 WASHINGTON AVE.** |
| | **ALBANY  NY  12231** |
| In the Case/Docket: | **1 21 CV 07051 MKB VMS**   Claim: |
| Plaintiff: | **JAIME DOMINGUEZ, ET AL** |
| Defendant: | **DANIEL HERNANDEZ, A/K/A TEK ASHI 69, ET AL** |
| Attorney: | **FRANKLIN S. MONTERO, ESQ.** |
| Phone/Fax/Email: | **9737778718 9737771710** |
| Firm: | **LAW OFFICES OF FRANKLIN S. MONTERO, LLC** |
| | **451 CLIFTON AVENUE** |
| | **CLIFTON  NJ  07011** |

The proof of service, the affidavit of process server or the acknowledgement of service will be arriving
by first class mail in the next few days.

# www.SERVED.com

Visit us on the web to get the latest status of your process, request services, make a payment and
more!
Your firm ID is: **LA090349**

# ARE WE FILING THIS AFFIDAVIT
## IN ACCORDANCE WITH RULE 4:4-7?
## WE WILL DO IT AUTOMATICALLY FOR $9.99
## FAMILY - CHANCERY - PROBATE

Fax Server   Case 1:21-cv-07051-MKB-VMS   Document 13   Filed 07/29/22   Page 8 of 17 PageID #: 115

Guaranteed Subpoena Service, Inc.
P.O. Box 2248 - UNION, NJ 07083
Phone: (908) 687-0056   Toll free: (800) 672-1952
Fax: (908) 688-0885 Tax ID 22-2393485
Web: www.Served.com   -   Email: Info@Served.com

Your Process **20220725140241**   Has Been
SUCCESSFULLY SERVED!

| | |
|---|---|
| Served Upon: | **6IX9INE TOURING INC. C/O SECRETARY OF STATE** |
| Served Date/Time: | **7/27/2022 9:00:00 AM** |
| Service Type: | |
| Accepted By: | |
| Relationship/Title: | |
| Description: | Sex: Age: Height: Weight: |
| | Skin: Hair: Other: |

| | |
|---|---|
| Location: | |
| At Address: | **99 WASHINGTON AVE.** |
| | **ALBANY  NY  12231** |
| In the Case/Docket: | **1 21 CV 07051 MKB VMS**   Claim: |
| Plaintiff: | **JAIME DOMINGUEZ, ET AL** |
| Defendant: | **DANIEL HERNANDEZ, A/K/A TEK ASHI 69, ET AL** |
| Attorney: | **FRANKLIN S. MONTERO, ESQ.** |
| Phone/Fax/Email: | **9737778718  9737771710** |
| Firm: | **LAW OFFICES OF FRANKLIN S. MONTERO, LLC** |
| | **451 CLIFTON AVENUE** |
| | **CLIFTON  NJ  07011** |

The proof of service, the affidavit of process server or the acknowledgement of service will be arriving
by first class mail in the next few days.

# www.SERVED.com

Visit us on the web to get the latest status of your process, request services, make a payment and
more!
Your firm ID is: **LA090349**

# ARE WE FILING THIS AFFIDAVIT
## IN ACCORDANCE WITH RULE 4:4-7?
## WE WILL DO IT AUTOMATICALLY FOR $9.99
## FAMILY - CHANCERY - PROBATE

Guaranteed Subpoena Service, Inc.
P.O. Box 2248 - UNION, NJ 07083
Phone: (908) 687-0056   Toll free: (800) 672-1952
Fax: (908) 688-0885 Tax ID 22-2393485
Web: www.Served.com  -  Email: Info@Served.com

Your Process  **20220725140409**  Has Been
SUCCESSFULLY SERVED!

| | |
|---|---|
| Served Upon: | **LL BUSINESS MANAGEMENT C/O SECRETARY OF STATE, ATTN: JUSTIN KOBAY** |
| Served Date/Time: | **7/22/2022 9:00:00 AM** |
| Service Type: | |
| Accepted By: | |
| Relationship/Title: | |
| Description: | Sex: Age: Height: Weight: |
| | Skin: Hair: Other: |

| | |
|---|---|
| Location: | |
| At Address: | **99 WASHINGTON AVE.** |
| | **ALBANY NY 12231** |
| In the Case/Docket: | **1 21 CV 07051 MKB VMS**   Claim: |
| Plaintiff: | **JAIME DOMINGUEZ, ET AL** |
| Defendant: | **DANIEL HERNANDEZ, A/K/A TEK ASHI 69, ET AL** |
| Attorney: | **FRANKLIN S. MONTERO, ESQ.** |
| Phone/Fax/Email: | **9737778718  9737771710** |
| Firm: | **LAW OFFICES OF FRANKLIN S. MONTERO, LLC** |
| | **451 CLIFTON AVENUE** |
| | **CLIFTON NJ 07011** |

The proof of service, the affidavit of process server or the acknowledgement of service will be arriving
by first class mail in the next few days.

# www.SERVED.com

Visit us on the web to get the latest status of your process, request services, make a payment and
more!
Your firm ID is: **LA090349**

# ARE WE FILING THIS AFFIDAVIT
## IN ACCORDANCE WITH RULE 4:4-7?
## WE WILL DO IT AUTOMATICALLY FOR $9.99
## FAMILY - CHANCERY - PROBATE

Case 1:21-cv-07051-MKB-VMS   Document 21   Filed 10/04/22   Page 67 of 74 PageID #: 207

Case 1:21-cv-07051-MKB-VMS   Document 13   Filed 07/29/22   Page 10 of 17 PageID #: 117
Fax Server                                   7/25/2022 2:11:38 PM   PAGE        Fax Server

GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE - UNION, NJ 07083
**www.Served.com**
Phone: (908) 687-0056    Fax: (908) 688-0885    E-mail: Info@Served.com

# WE HAVE RECEIVED YOUR PROCESS# 20220725140511

From:   OPERATIONS MANAGER - GUARANTEED SUBPOENA SERVICE
Attn:   FRANKLIN S. MONTERO, ESQ.
Re:     PROCESS RECEIVED - This fax/email initiated on 7/25/2022 2:05:40 PM
To:     LAW OFFICES OF FRANKLIN S. MONTERO, LLC
        451 CLIFTON AVENUE  - CLIFTON NJ 07011
        Phone: 9737778718   Fax: 9737771710   E-mail:

Dear FRANKLIN S. MONTERO, ESQ.,

Your process has been received and has been assigned the following reference number: 20220725140511
This number represents a fourteen digit unique ID that indicates the year, month, day, hours, minutes and seconds when
your process has been entered into our computer system. Please use this number when you contact our office regarding any
issues pertaining to this process. Please verify all information below, and contact us with any corrections if needed:

| | |
|---|---|
| GSS#: | **20220725140511** |
| PLAINTIFF: | **JAIME DOMINGUEZ, ET AL** |
| vs:<br>DEFENDANT: | **DANIEL HERNANDEZ, A/K/A TEK ASHI 69, ET AL** |
| DOCKET#: | **1 21 CV 07051 MKB VMS** |
| CLAIM#: | |
| PROCESS TO BE SERVED: | **NOTICE TO DEFENDANT,** |
| ENTITY TO BE SERVED: | **1ST CALL ENTERTAINMENT, LLC** |
| SERVING **HOME** ADDRESS: | **15 HENRY STREET   BRISTOL CT 06010** |
| COURT DATE: | |
| DUE DATE: | **7/29/2022** |

Now you can CHECK THE STATUS of your process at www.SERVED.com with your Firm ID: **LA090349**

- We can file your Proof of Service in accordance with Rule 4:4-7 for only **$9.99** -

Should you notice any errors, please fax any corrections to (908) 688-0885 or email us at: Info@Served.com
Please include document# **20220725140511**

GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE - UNION, NJ 07083
## www.Served.com
Phone: (908) 687-0056    Fax: (908) 688-0885    E-mail: Info@Served.com

# WE HAVE RECEIVED YOUR PROCESS# 20220725140000

From:   OPERATIONS MANAGER - GUARANTEED SUBPOENA SERVICE
Attn:   FRANKLIN S. MONTERO, ESQ.
Re:     PROCESS RECEIVED - This fax/email initiated on 7/25/2022 2:00:50 PM
To:     LAW OFFICES OF FRANKLIN S. MONTERO, LLC
        451 CLIFTON AVENUE  - CLIFTON NJ 07011
        Phone: 9737778718   Fax: 9737771710   E-mail:

Dear FRANKLIN S. MONTERO, ESQ.,

Your process has been received and has been assigned the following reference number: 20220725140000
This number represents a fourteen digit unique ID that indicates the year, month, day, hours, minutes and seconds when
your process has been entered into our computer system. Please use this number when you contact our office regarding any
issues pertaining to this process. Please verify all information below, and contact us with any corrections if needed:

| | |
|---|---|
| GSS#: | **20220725140000** |
| PLAINTIFF: | **JAIME DOMINGUEZ, ET AL** |
| vs: | |
| DEFENDANT: | **DANIEL HERNANDEZ, A/K/A TEK ASHI 69, ET AL** |
| DOCKET#: | **1 21 CV 07051 MKB VMS** |
| CLAIM#: | |
| PROCESS TO BE SERVED: | **NOTICE TO DEFENDANT,** |
| ENTITY TO BE SERVED: | **WILL CORNISH** |
| SERVING **HOME** ADDRESS: | **15 HENRY STREET   BRISTOL CT 06010** |
| COURT DATE: | |
| DUE DATE: | **8/1/2022** |

Now you can CHECK THE STATUS of your process at www.SERVED.com with your Firm ID: **LA090349**

- We can file your Proof of Service in accordance with Rule 4:4-7 for only **$9.99** -

Should you notice any errors, please fax any corrections to (908) 688-0885 or email us at: Info@Served.com
Please include document# **20220725140000**

GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE - UNION, NJ 07083
**www.Served.com**
Phone: (908) 687-0056    Fax: (908) 688-0885    E-mail: Info@Served.com

# WE HAVE RECEIVED YOUR PROCESS# 20220725135026

| | |
|---|---|
| From: | OPERATIONS MANAGER - GUARANTEED SUBPOENA SERVICE |
| Attn: | FRANKLIN S. MONTERO, ESQ. |
| Re: | PROCESS RECEIVED - This fax/email initiated on 7/25/2022 1:59:40 PM |
| To: | LAW OFFICES OF FRANKLIN S. MONTERO, LLC |
| | 451 CLIFTON AVENUE  - CLIFTON NJ 07011 |
| | Phone: 9737778718   Fax: 9737771710   E-mail: |

Dear FRANKLIN S. MONTERO, ESQ.,

Your process has been received and has been assigned the following reference number: 20220725135026
This number represents a fourteen digit unique ID that indicates the year, month, day, hours, minutes and seconds when
your process has been entered into our computer system. Please use this number when you contact our office regarding any
issues pertaining to this process. Please verify all information below, and contact us with any corrections if needed:

| | |
|---|---|
| GSS#: | **20220725135026** |
| PLAINTIFF: | **JAIME DOMINGUEZ, ET AL** |
| vs: | |
| DEFENDANT: | **DANIEL HERNANDEZ, A/K/A TEK ASHI 69, ET AL** |
| DOCKET#: | **1 21 CV 07051 MKB VMS** |
| CLAIM#: | |
| PROCESS TO BE SERVED: | **NOTICE TO DEFENDANT,** |
| ENTITY TO BE SERVED: | **MURDA MANAGEMENT LLC** |
| SERVING **BUSINESS ADDRESS:** | **4611 N. FEDERAL HWY  APT. 139 POMPANO BEACH FL 33064** |
| COURT DATE: | **8/25/2022** |
| DUE DATE: | **8/1/2022** |

Now you can CHECK THE STATUS of your process at www.SERVED.com with your Firm ID: **LA090349**

- We can file your Proof of Service in accordance with Rule 4:4-7 for only **$9.99** -

Should you notice any errors, please fax any corrections to (908) 688-0885 or email us at: Info@Served.com
Please include document# **20220725135026**

## Service by U.S. Certified Mail

**U.S. Postal Service Certified Mail Receipt**

ARTICLE NUMBER:   9407 1111 0803 3478 3519 50

ARTICLE ADDRESSED TO:

DANIEL HERNANDEZ, A/K/A TEKASHI 69
3000 MARCUS AVE STE 1W5
NEW HYDE PARK NY 11042-1007

FEES
Postage Per Piece          $0.57
Certified Fee               4.00
Total Postage & Fees:       4.57         Postmark
                                         Here

**U.S. Postal Service Certified Mail Receipt**

ARTICLE NUMBER:   9407 1111 0803 3478 3851 77

ARTICLE ADDRESSED TO:

LL BUSINESS MANAGEMENT
(Attn: Justin Kobay)
3000 MARCUS AVE STE 1W5
NEW HYDE PARK NY 11042-1007

FEES
Postage Per Piece          $0.57
Certified Fee               4.00
Total Postage & Fees:       4.57         Postmark
                                         Here

**U.S. Postal Service Certified Mail Receipt**

ARTICLE NUMBER:   9407 1111 0803 3478 3664 97

ARTICLE ADDRESSED TO:

6IX9INE TOURING INC.
3000 MARCUS AVE STE 1W5
NEW HYDE PARK NY 11042-1007

FEES
Postage Per Piece          $0.57
Certified Fee               4.00
Total Postage & Fees:       4.57         Postmark
                                         Here

USPS.com® - USPS Tracking® Results

Page 1 of 2

# USPS Tracking®

**FAQs >**

## Track Another Package  +

**Tracking Number:** 9407111108033478385177

Remove ✕

Your item was delivered to an individual at the address at 10:46 am on July 28, 2022 in NEW HYDE PARK, NY 11042.

**USPS Tracking Plus® Available** ⌄

## ✓ Delivered, Left with Individual

July 28, 2022 at 10:46 am
NEW HYDE PARK, NY 11042

**Get Updates** ⌄

| | |
|---|---|
| **Text & Email Updates** | ⌄ |
| **Tracking History** | ⌄ |
| **USPS Tracking Plus®** | ⌄ |
| **Product Information** | ⌄ |

**See Less** ⌃

Feedback

Case 1:21-cv-07051-MKB-VMS   Document 13   Filed 07/29/22   Page 16 of 17 PageID #: 123

USPS.com® - USPS Tracking® Results                                                      Page 1 of 2

# USPS Tracking®

FAQs >

Track Another Package  +

**Tracking Number:** 9407111108033478366497                    Remove ✕

Your item was delivered to an individual at the address at 10:46 am on July 28, 2022 in
NEW HYDE PARK, NY 11042.

**USPS Tracking Plus® Available** ⌄

## ⊘ Delivered, Left with Individual

July 28, 2022 at 10:46 am
NEW HYDE PARK, NY 11042

**Get Updates** ⌄

| | |
|---|---|
| **Text & Email Updates** | ⌄ |
| **Tracking History** | ⌄ |
| **USPS Tracking Plus®** | ⌄ |
| **Product Information** | ⌄ |

See Less ⌃

Case 1:21-cv-07051-MKB-VMS   Document 21   Filed 10/04/22   Page 74 of 74 PageID #: 214

Case 1:21-cv-07051-MKB-VMS   Document 13   Filed 07/29/22   Page 17 of 17 PageID #: 124
USPS.com® - USPS Tracking® Results                                          Page 1 of 2

# USPS Tracking®

FAQs >

## Track Another Package  +

**Tracking Number:** 9407111108033478351950

Remove ✕

Your item was delivered to an individual at the address at 10:46 am on July 28, 2022 in NEW HYDE PARK, NY 11042.

**USPS Tracking Plus® Available** ⌄

## ✅ Delivered, Left with Individual

July 28, 2022 at 10:46 am
NEW HYDE PARK, NY 11042

**Get Updates** ⌄

---

| **Text & Email Updates** | ⌄ |
|---|---|

---

| **Tracking History** | ⌄ |
|---|---|

---

| **USPS Tracking Plus®** | ⌄ |
|---|---|

---

| **Product Information** | ⌄ |
|---|---|

---

**See Less** ⌃

Feedback